IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON, *et al.*,

    Plaintiffs,

v.

DILLON COMPANIES, INC., *et al.*,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiffs' Motion to Substitute Parties and for Leave to File Amended Complaint Reflecting Substitution (*doc. no. 10)* is **GRANTED**. As of the date of this order, the Clerk of Court is instructed to accept for filing, the Second Amended Complaint and Demand for Trial by Jury (*doc no. 10-2*) tendered to the court on May 9, 2008.

    IT IS FURTHER ORDERED that parties shall use the caption format as identified by D.C.COLOL.CIVR. 10.1 J.

**DATED:** May 13, 2008