IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON, and
MARY WATSON,

    Plaintiffs,

v.

DILLON COMPANIES, INC.,
*d/b/a King Soopers,*
*also d/b/a Inter-American-Products, Inc.*;
INTER-AMERICAN-PRODUCTS, INC.;
THE KROGER CO.,
*d/b/a King Soopers,*
*also d/b/a Inter-American-Products, Inc.,*
*also d/b/a Dillon Companies, Inc.*;
BUSH BOAKE ALLEN, INC.,
*a Virginia corporation*;
GILSTER-MARY LEE CORPORATION;
FLAVOR CONCEPTS, INC.;
FONA INTERNATIONAL, INC.,
*f/k/a Flavors of North America, Inc.*;
GIVAUDAN FLAVORS CORP.;
INTERNATIONAL FLAVORS & FRAGRANCES, INC.,
*a New York corporation;*
SCISOREK & SONS FLAVORS, INC.;
BIRDS EYE FOODS, INC.; and
JOHN DOE DEFENDANTS 9-20,

    Defendants.

---

# MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Motion for Leave to File Protective Order (*doc. no. 20)* is **GRANTED**. The proposed stipulated protective order (*doc. no. 20-2)* is accepted by the court.

In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:** June 16, 2008