IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON, and
MARY WATSON,

    Plaintiffs,

v.

DILLON COMPANIES, INC.,
*d/b/a King Soopers,*
*also d/b/a Inter-American-Products, Inc.*;
INTER-AMERICAN-PRODUCTS, INC.;
THE KROGER CO.,
*d/b/a King Soopers,*
*also d/b/a Inter-American-Products, Inc.,*
*also d/b/a Dillon Companies, Inc.*;
BUSH BOAKE ALLEN, INC.,
*a Virginia corporation*;
GILSTER-MARY LEE CORPORATION;
FLAVOR CONCEPTS, INC.;
FONA INTERNATIONAL, INC.,
*f/k/a Flavors of North America, Inc.*;
GIVAUDAN FLAVORS CORP.;
INTERNATIONAL FLAVORS & FRAGRANCES, INC.,
*a New York corporation;*
SCISOREK & SONS FLAVORS, INC.;
BIRDS EYE FOODS, INC.; and
JOHN DOE DEFENDANTS 9-20,

    Defendants.

---

# MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the "Motion for Withdrawal as Counsel" (*doc. no. 59)* is **GRANTED in part and DENIED, in part** . Attorneys Miles M. Dewhirst, Marilyn B. Doig, and Will Dulaney are relieved of any further representation of *Defendants Dillon Companies, Inc. and The Kroger*

*Co.* in the above captioned matter. The Clerk of Court is instructed to remove them from the electronic certificate of mailing.

To the extent the motion seeks to withdraw the law firm of Dewhirst & Dolven, LLC, that request is **DENIED**, pursuant to D.C.COLOL.CIVR. 83.3B ("An attorney's entry of appearance...does not constitute entry of appearance by that attorney's firm").

**DATED:** June 26, 2008