## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 08-cv-00091-WDM-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: October 9, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| WAYNE WATSON, *et al.*, | Andrew K. Smith, via telephone |
| **Plaintiffs,** | |
| v. | |
| INTER-AMERICAN PRODUCTS, INC., *et al.*, | Jason D. Melichar, via telephone |
| | Frank C. Woodside, III, via telephone |
| | Frederick J. Ludwig, via telephone |
| | Moira H. Pietrowski, via telephone |
| | Ronald B. Lee, via telephone |
| | John C. Parks, via telephone |
| | Lisanne Newell Leasure, via telephone |
| | Kevin M. Donovan, via telephone |
| | Scott P. Landry, via telephone |
| **Defendants.** | Nicholas P. Heinke, via telephone |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session:** 1:35 p.m.
Court calls case. Appearances of counsel.

Counsel present arguments regarding the Motion to Set Deadlines to Designate Non-Parties at Fault Pursuant to C.R.S. §13-21-111.5 [filed September 5, 2008; doc. 93].

The court discusses with counsel the motion and cites the timeline, a list of facts, and caselaw that it believes are relevant to deciding the motion. The necessity standard is also discussed.

**ORDERED:** The Motion to Set Deadlines to Designate Non-Parties at Fault Pursuant to C.R.S. §13-21-111.5 [filed September 5, 2008; doc. 93] is taken under advisement.

HEARING CONCLUDED.

| | |
|---|---|
| **Court in recess:** 2:41 p.m. | Total time in court: 01:06 |

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.