IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON AND
MARY WATSON,

    Plaintiffs,

v.

DILLON COMPANIES, INC., et al.,

    Defendants.

---

### NOTICE OF DISMISSAL AS TO SCISOREK & SONS FLAVORS, INC. ONLY

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, the complaint is dismissed with prejudice as to Scisorek & Sons Flavors, Inc. only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on December 23, 2008

                                                BY THE COURT:


                                                s/ Walker D. Miller
                                                United States Senior District Judge

PDF FINAL