IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON and
MARY WATSON,

     Plaintiffs,

v.

DILLON COMPANIES, INC., d/b/a/ KING SOOPERS, also d/b/a INTER-AMERICAN
PRODUCTS, INC., et al.,

     Defendants.

---

## ORDER ON MOTION TO DISMISS

---

Miller, J.

     This matter is before me on the Motion to Dismiss (doc no 65) filed by Defendant

Scisorek & Son Flavors, Inc.  Pursuant to the stipulation of the parties, all claims against

this defendant were dismissed with prejudice on December 23, 2008 (doc no 108).

Accordingly, the Motion to Dismiss (doc no 65) is denied as moot.

     DATED at Denver, Colorado, on December 29, 2008.

                    BY THE COURT:


                    s/ Walker D. Miller
                    United States Senior District Judge