IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON, *et al.*

    Plaintiffs,

v.

DILLON COMPANIES, INC., *et al.*,

    Defendants.

---

FONA INTERNATIONAL,

    Third-Party Plaintiff

v.

ADVANCED BIOTECH, *et al.*

    Defendants.

---

FONA INTERNATIONAL,

    Third-Party Plaintiff

v.

BRIDGEPOINT SYSTEMS, INC., *et al.*

    Third-Party Defendants.

---

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel for Defendant Birds Eye Foods, Inc. (*doc. #136*) is GRANTED.  Attorneys Robert C. Troyer and Nicholas P. Heinke are relieved of

any further representation of *Defendant Birds Eye Foods* in the above captioned matter. The Clerk of Court is instructed to terminate electronic notification to Mr. Troyer and Mr. Heinke and to remove them from the electronic certificate of mailing.

IT IS FURTHER ORDERED that the Motion to Withdraw as Counsel (*doc. # 134)* is MOOT.

**DATED:** February 11, 2009