IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON, et al.,

    Plaintiffs,

v.

DILLON COMPANIES, INC., et al.,

    Defendants.

---

### NOTICE OF DISMISSAL OF THIRD PARTY CLAIMS ONLY

---

The court takes judicial notice that third-party plaintiff Fona International, Inc. and third-party defendant Sun Brite, Inc. have filed a Stipulation for Dismissal Without Prejudice in accordance with Fed. R. Civ. P. 41(a)(2).  Accordingly, the third-party complaint as to these parties only is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on April 8, 2009.

                              BY THE COURT:

                              s/ Walker D. Miller
                              United States Senior District Judge

PDF FINAL