**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON, et al.,

    Plaintiffs,

v.

DILLON COMPANIES INC., et al.,

    Defendants,

and

FONA INTERNATIONAL, INC.,

    Third-Party Plaintiff,

v.

ADVANCED BIOTECH, et al.,

    Third-Party Defendants,

and

FONA INTERNATIONAL, INC.,

    Third-Party Plaintiff,

v.

BRIDGEPOINT SYSTEMS, INC., et al.,

    Third-Party Defendants.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

**ORDERED:**   The Unopposed Motion of Defendant, Givaudan Flavors Corporation, for Leave to File Third-Party Complaint (doc. #210, filed 4/6/2009) is **GRANTED**.  The Third-Party Complaint of Givaudan Flavors Corporation for Contribution Against Bridgepoint Systems, Inc., Chemical Technologies International, Inc., and John Doe Defendants 1- 10 is deemed **FILED** as of today's date.

**DATE:**   April 28, 2009