IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON, *et al.*

      Plaintiffs,

v.

DILLON COMPANIES, INC., *et al.*,

      Defendants.

---

FONA INTERNATIONAL,

      Third-Party Plaintiff

v.

ADVANCED BIOTECH, *et al.*

      Defendants.

---

FONA INTERNATIONAL,

      Third-Party Plaintiff

v.

BRIDGEPOINT SYSTEMS, INC., *et al.*

      Third-Party Defendants.

---

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that the Unopposed Motion of Defendants International Flavors & Fragrances, Inc., and Bush Boake Allen, Inc., For Leave to File Third-Party Complaint (doc #240, filed 5/15/2009) is **GRANTED**.   The proposed Third-Party Complaint of International Flavors & Fragrances, Inc., and Bush Boake Allen, Inc., for Contribution Against Bridgepoint Systems, Inc., Chemical Technologies International, Inc., and John Doe Defendants 1-10 (doc #240-2) is accepted for filing as of the date of this Order.

**DATED:**      May 15, 2009