IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON,

    Plaintiff,

v.

DILLON COMPANIES, INC., et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendant Citrus & Allied Essences, Ltd's withdrawal without prejudice of Citrus' motion to dismiss is granted.
Dated:  May 27, 2009

                              s/ Jane Trexler, Judicial Assistant