IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON, *et al.*

    Plaintiffs,

v.

DILLON COMPANIES, INC., *et al.*,

    Defendants.

---

FONA INTERNATIONAL,

    Third-Party Plaintiff

v.

ADVANCED BIOTECH, *et al.*

    Defendants.

---

FONA INTERNATIONAL,

    Third-Party Plaintiff

v.

BRIDGEPOINT SYSTEMS, INC., *et al.*

    Third-Party Defendants.

---

INTERNATIONAL FLAVORS & FRAGRANCES, INC., *et al.*,

    Third-Party Plaintiffs,

v.

BRIDGEPOINT SYSTEMS, INC., *et al.*,

     Third-Party Defendants.

---

CITRUS & ALLIED ESSENCES, LTD.,

     Third-Party Defendant and Third-Party Plaintiff

v.

CHEMTURA CANADA CO./CIE,

     Third-Party Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     IT IS HEREBY ORDERED that Defendant/Third-Party Plaintiff FONA International, Inc.'s Unopposed Motion to Modify Deadline for Filing Response to Third-Party Defendant Polarome International, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (*doc. # 263)* is GRANTED.  The deadline is extended to **July 13, 2009**.

     IT IS FURTHER ORDERED that Third-Party Defendant Gilster-Mary Lee Corporation's Unopposed Motion for Leave to File Third-Party Complaint and Jury Demand (*doc. # 268)* is GRANTED.  Gilster-Mary Lee's Third-Party Complaint and Jury Demand for Contribution Against Bridgepoint Systems, Inc., Chemical Technologies International, Inc. and John Doe Defendants 1-10 *(doc no. 268-2)* along with Exhibits 1 and 2 (*doc. ##268-3 and 268-4* ), all tendered to the court on June 8, 2009, are accepted for filing as of the date of this order.

**DATED:**     June 9, 2009

---