IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON, *et al.*

    Plaintiffs,

v.

DILLON COMPANIES, INC., *et al.*,

    Defendants.

---

FONA INTERNATIONAL,

    Third-Party Plaintiff

v.

ADVANCED BIOTECH, *et al.*

    Defendants.

---

FONA INTERNATIONAL,

    Third-Party Plaintiff

v.

BRIDGEPOINT SYSTEMS, INC., *et al.*

    Third-Party Defendants.

---

GIVAUDAN FLAVORS CORP.,

    Third-Party Plaintiff,

v.

BRIDGEPOINT SYSTEMS, INC., *et al.*,

  Third-Party Defendants.

---

INTERNATIONAL FLAVORS & FRAGRANCES, INC., *et al.*,

  Third-Party Plaintiffs,

v.

BRIDGEPOINT SYSTEMS, INC., *et al.*,

  Third-Party Defendants.

---

CITRUS & ALLIED ESSENCES, LTD.,

  Third-Party Defendant and Third-Party Plaintiff

v.

CHEMTURA CANADA CO./CIE,

  Third-Party Defendant.

---

GILSTER-MARY LEE CORPORATION,

  Third-Party Plaintiff,

v.

BRIDGEPOINT SYSTEMS, INC., *et al.*,

  Third-Party Defendants.

---

FLAVOR CONCEPTS, INC.,

  Third-Party Plaintiff,

v.

BRIDGEPOINT SYSTEMS, INC., *et al.*,

Third-Party Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that the Motion to Amend Previously filed Brief in Opposition to Apply to Third-Party Defendant O'Laughlin Industries, Inc.'s Motion to Dismiss FONA International, Inc.'s First Amended Third Party Complaint[1] (*doc. # 338*) is DENIED.

In the interests of clarity and court docket management, FONA has not indicated in what way it is burdensome to refile something that is presumably already on their word processor.

IT IS FURTHER ORDERED that Flavor Concepts, Inc.'s Unopposed Motion for Extension of Time to Respond to Centrome, Inc.'s Motion to Dismiss Flavor Concepts, Inc.'s Third-Party Complaint (*doc. # 332*) is GRANTED. The deadline for Flavor Concepts, Inc. to respond to Centrome, Inc.'s Motion to Dismiss (Docket No. 312) is extended to on or before **August 17, 2009**.

**DATED:**      July 16, 2009

---

[1] Parties are advised that upon direction by the Court, O'Laughlin Industries Co., Ltd's "Motion to Dismiss . . . First Amended Third Party Complaint" and Brief in Support (Docket Nos. 302 and 303) filed on June 29, 2009 have been refiled at Docket Nos. 315 and 316, respectively, on June 30, 2009. Docket No. 315 is the operative motion to dismiss.