IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON, *et al.*

    Plaintiffs,

v.

DILLON COMPANIES, INC., *et al.*,

    Defendants.

---

FONA INTERNATIONAL,

    Third-Party Plaintiff

v.

ADVANCED BIOTECH, *et al.*

    Defendants.

---

FONA INTERNATIONAL,

    Third-Party Plaintiff

v.

BRIDGEPOINT SYSTEMS, INC., *et al.*

    Third-Party Defendants.

---

GIVAUDAN FLAVORS CORP.,

    Third-Party Plaintiff,

v.

BRIDGEPOINT SYSTEMS, INC., *et al.*,

Third-Party Defendants.

---

INTERNATIONAL FLAVORS & FRAGRANCES, INC., *et al.,*

Third-Party Plaintiffs,

v.

BRIDGEPOINT SYSTEMS, INC., *et al.,*

Third-Party Defendants.

---

CITRUS & ALLIED ESSENCES, LTD.,

Third-Party Defendant and Third-Party Plaintiff

v.

CHEMTURA CANADA CO./CIE,

Third-Party Defendant.

---

GILSTER-MARY LEE CORPORATION,

Third-Party Plaintiff,

v.

BRIDGEPOINT SYSTEMS, INC., *et al.,*

Third-Party Defendants.

---

FLAVOR CONCEPTS, INC.,

Third-Party Plaintiff,

v.

BRIDGEPOINT SYSTEMS, INC., *et al.*,

Third-Party Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that Third-Party Defendant Chemical Technologies International, Inc.'s Unopposed Motion to Modify Protective Order (*pending motion no. 335)* is **GRANTED**. The proposed modified protective order (*tendered document no. 335-2)* is accepted by the court.

IT IS FURTHER ORDERED that FONA International, Inc.'s motion to extend deadlines for filing response and reply briefs (*pending motion no. 343)* is GRANTED. The deadline for FONA, International to respond to Advanced Biotech's Motion to Dismiss (docket no. 309) is extended to **August 18, 2009**.

The deadline for Defendant Advanced Biotech to file a consolidated reply brief to their motions to dismiss (docket nos. 225 and 309) is on or before **September 2, 2009**. While a single reply brief is permitted, in the interests of clarity and court docket management, Advanced Biotech is instructed to make sure that a separate copy is directly linked to each of their pending motions to dismiss.

**DATED:**     July 17, 2009