IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON, *et al.*

    Plaintiffs,

v.

DILLON COMPANIES, INC., *et al.*,

    Defendants.

---

FONA INTERNATIONAL,

    Third-Party Plaintiff

v.

ADVANCED BIOTECH, *et al.*

    Defendants.

---

FONA INTERNATIONAL,

    Third-Party Plaintiff

v.

BRIDGEPOINT SYSTEMS, INC., *et al.*

    Third-Party Defendants.

---

GIVAUDAN FLAVORS CORP.,

    Third-Party Plaintiff,

v.

BRIDGEPOINT SYSTEMS, INC., *et al.*,

  Third-Party Defendants.

---

INTERNATIONAL FLAVORS & FRAGRANCES, INC., *et al.,*

  Third-Party Plaintiffs,

v.

BRIDGEPOINT SYSTEMS, INC., *et al.,*

  Third-Party Defendants.

---

CITRUS & ALLIED ESSENCES, LTD.,

  Third-Party Defendant and Third-Party Plaintiff

v.

CHEMTURA CANADA CO./CIE,

  Third-Party Defendant.

---

GILSTER-MARY LEE CORPORATION,

  Third-Party Plaintiff,

v.

BRIDGEPOINT SYSTEMS, INC., *et al.,*

  Third-Party Defendants.

---

FLAVOR CONCEPTS, INC.,

  Third-Party Plaintiff,

v.

BRIDGEPOINT SYSTEMS, INC., *et al.*,

  Third-Party Defendants.

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

THIS MATTER IS before the court upon two pending motions. On June 15, 2009, *Citrus & Allied Essences* filed (1) a Motion for Extension of Time through July 15, 2009 to File Amended Third-Party Complaint to Add Chemtura Corporations as Third Party Defendant (*pending doc. # 283)* and (2) a Motion for Leave to File Third Party Complaint of Flavor Concepts, Inc. and Amended Third-Party Complaint of FONA International, Inc. During the hearing held on June 17, 2009, this court gave a response deadline of July 6, 2009.

A review of the docket and file in this matter indicates that no objections or responses have been filed in compliance with the Courtroom Minutes/Minute Order (*doc. # 293)* entered on June 17, 2009. Therefore,

IT IS ORDERED that both instant motions are treated as unopposed and hereby GRANTED.

**DATED:**      July 21, 2009