IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-00091-WDM

WAYNE WATSON, et al.,

    Plaintiffs,

v.

DILLON COMPANIES, INC., et al.,

    Defendants.

---

**NOTICE OF DISMISSAL OF GIVAUDAN FLAVORS CORPORATION ONLY**

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(2).  Accordingly, Defendant Givaudan Flavors Corporation is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado on August 3, 2009

                                      BY THE COURT:

                                      s/ Walker D. Miller
                                      United States Senior District Judge