IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON, and
MARY WATSON,

    Plaintiffs,

v.

DILLON COMPANIES, INC., d/b/a King Soopers, also d/b/a Inter-American-Products, Inc.,
INTER-AMERICAN-PRODUCTS, INC.,
THE KROGER CO.,
BUSH BOAKE ALLEN, INC., a Virginia corporation,
GILSTER-MARY LEE CORPORATION,
FLAVOR CONCEPTS, INC.,
FONA INTERNATIONAL, INC., f/k/a Flavors of North America, Inc.,
GIVAUDAN FLAVORS CORP.,
INTERNATIONAL FLAVORS & FRAGRANCES, INC.,
SCISOREK & SONS FLAVORS, INC.,
BIRDS EYE FOODS, INC.,
    and
JOHN DOE DEFENDANTS 9-20,

    Defendants.

---

FONA INTERNATIONAL, INC.,

    Third-Party Plaintiff,

v.

ADVANCED BIOTECH, a New Jersey corporation,
BERJE, INC., a New York corporation,
CITRUS & ALLIED ESSENCES, LTD., a New York corporation,
O'LAUGHLIN INDUSTRIES CO., LTD., a New Jersey corporation,
PHOENIX AROMAS & ESSENTIAL OILS, a New York corporation,
    and
POLAROME INTERNATIONAL, INC., a New Jersey corporation,

    Third-Party Defendants.

FONA INTERNATIONAL, INC.,

    Third-Party Plaintiff,

v.

BRIDGEPOINT SYSTEMS, INC., a Utah Corporation, d/b/a Bridgewater, Inc.,
CARPET TECHNOLOGIES, INC., now known as CHEMICAL TECHNOLOGIES
    INTERNATIONAL, INC.,
SUN BRITE SERVICES CORPORATION, now known as SUN BRITE, INC.;
    and
JOHN DOE DEFENDANTS 1 – 10,

    Third-Party Defendants.

---

GIVAUDAN FLAVORS CORP.,

    Third-Party Plaintiff,

v.

BRIDGEPOINT SYSTEMS, INC., a Utah Corporation, d/b/a Bridgewater, Inc.,
CARPET TECHNOLOGIES, INC., now known as CHEMICAL TECHNOLOGIES
    INTERNATIONAL, INC.,
    and
JOHN DOE DEFENDANTS 1 – 10,

    Third-Party Defendants.

---

### ORDER DISMISSING THIRD PARTY COMPLAINT OF GIVAUDAN FLAVORS CORPORATION FOR CONTRIBUTION AGAINST BRIDGEPOINT SYSTEMS, INC., CHEMICAL TECHNOLOGIES INTERNATIONAL, INC., AND JOHN DOE DEFENDANTS 1 – 10, WITHOUT PREJUDICE

This matter came before the Court on the Unopposed Motion To Dismiss, Without Prejudice, Third-Party Complaint of Givaudan Flavors Corporation for Contribution Against Bridgepoint Systems, Inc., Chemical Technologies International, Inc., and John Doe Defendants

1 - 10 (the "Motion to Dismiss"), filed by Defendant/Third-Party Plaintiff, Givaudan Flavors Corporation ("Givaudan").

Based upon the representations in the Motion to Dismiss and for good cause shown,

IT IS HEREBY ORDERED as follows:

1. The Motion to Dismiss is GRANTED.

2. The Third-Party Complaint of Givaudan Flavors Corporation for Contribution against Bridgepoint Systems, Inc., Chemical Technologies International, Inc., and John Doe Defendants 1 - 10, is hereby dismissed, without prejudice.

3. Givaudan and Third-Party Defendants Bridgepoint Systems, Inc. and Chemical Technologies International, Inc. shall each bear their own attorneys' fees and costs.

BY THE COURT:

United States District Judge