IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON, *et al.*
    Plaintiffs,

v.

DILLON COMPANIES, INC., *et al.*,
    Defendants.

---

FONA INTERNATIONAL,
    Third-Party Plaintiff

v.

ADVANCED BIOTECH, *et al.*
    Defendants.

---

FONA INTERNATIONAL,
    Third-Party Plaintiff

v.

BRIDGEPOINT SYSTEMS, INC., *et al.*
    Third-Party Defendants.

---

INTERNATIONAL FLAVORS & FRAGRANCES, INC., *et al.*,
    Third-Party Plaintiffs,

v.

BRIDGEPOINT SYSTEMS, INC., *et al.*,
    Third-Party Defendants.

---

CITRUS & ALLIED ESSENCES, LTD.,
    Third-Party Defendant and Third-Party Plaintiff

v.

CHEMTURA CANADA CO./CIE,
    Third-Party Defendant.

---

GILSTER-MARY LEE CORPORATION,
    Third-Party Plaintiff,

v.

BRIDGEPOINT SYSTEMS, INC., *et al.,*
    Third-Party Defendants.

---

FLAVOR CONCEPTS, INC.,
    Third-Party Plaintiff,

v.

BRIDGEPOINT SYSTEMS, INC., *et al.*,
    Third-Party Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant Birds Eye Foods, Inc.'s Motion for Extension of Time to Respond to Defendant FONA International's Interrogatories and Requests for Production (*doc. # 362)* is GRANTED.

    IT IS FURTHER ORDERED that Defendant Flavor Concepts, Inc.'s Motion for Leave to File Second Designation of Nonparty at Fault Out of Time (*doc. # 369)* is GRANTED. Defendant Flavor Concepts, Inc.'s Second Designation of Nonparty at Fault *(doc # 369-2)*, tendered to the court on August 5, 2009, is accepted for filing as of the date of this order.

    IT IS FURTHER ORDERED that Plaintiffs' Unopposed Motion to Extend Deadline by Which to Answer Defendant FONA International, Inc.'s Second Interrogatories to Plaintiff and Second Request for Production of Documents (*doc. # 372)* is GRANTED.

    IT IS FURTHER ORDERED that Third-Party Defendant Bridgewater, Inc.'s Motion for 7-Day Enlargement of Time to Bring Disputes Concerning Written Discovery to the Court's Attention (*doc. # 379)* is GRANTED.

IT IS FURTHER ORDERED that Third-Party Defendant Berje Incorporated's Motion for Leave to File Second Amended Designation of Non-Party at Fault (*doc. # 385*) is GRANTED. The Second Amended Designation Pursuant to Colo. Rev. Stat. 13-21-111.5 *(doc # 385-2)*, tendered to the court on August 13, 2009, is accepted for filing as of the date of this order.

IT IS FURTHER ORDERED that Third-Party Defendant Polarome International Inc.'s Motion for Leave to File Second Designation of Nonparty at Fault Out of Time (*doc. # 387*) is GRANTED. Third-Party Defendant Polarome International Inc.'s Second Designation of Nonparty at Fault *(doc # 387-2)*, tendered to the court on August 14, 2009, is accepted for filing as of the date of this order.

IT IS FURTHER ORDERED that Defendant Birds Eye Foods, Inc.'s Motion for Leave to File Designation of Nonparty at Fault Out of Time (*doc. # 390)* is GRANTED. Defendant Birds Eye Foods, Inc.'s Designation of Nonparty at Fault *(doc # 390 at pages 11-19)*, tendered to the court on August 14, 2009, is accepted for filing as of the date of this order.

IT IS FURTHER ORDERED that Defendant International Flavors & Fragrances, Inc.'s Motion for Leave to File Designation of Non-Party at Fault Out of Time (*doc. # 394)* is GRANTED. The Designation of Non-Party at Fault by International Flavors & Fragrances, Inc *(doc. # 394-2)*, tendered to the court on August 18, 2009, is accepted for filing as of the date of this order.

IT IS FURTHER ORDERED that Defendant Bush Boake Allen, Inc.'s Motion for Leave to File Designation of Non-Party at Fault Out of Time (*doc. # 395)* is GRANTED. The Designation of Non-Party at Fault By Bush Boake Allen, Inc. *(doc # 395-2)*, tendered to the court on August 18, 2009, is accepted for filing as of the date of this order.

IT IS FURTHER ORDERED that Third-Party Defendant O'Laughlin Industries Co., Ltd.'s Unopposed Motion for Leave to File Nonparty Designations Pursuant to Colo. Rev. Stat. 13-21-111.5 (*doc. # 402)* is GRANTED. Third-Party Defendant O'Laughlin Industries Co., Ltd.'s Second Nonparty Designations Pursuant to Colo. Rev. Stat. 13-21-111.5 *(doc # 402-2)*, tendered to the court on August 19, 2009, is accepted for filing as of the date of this order.

IT IS FURTHER ORDERED that Defendants Dillon Companies, Inc., d/b/a King Soopers, Inter-American Products, Inc., The Kroger Co., and Gilster-Mary Lee Corporation's Motion for Leave to File Second Designation of Non-Parties at Fault Out of Time (*doc. # 407)* is GRANTED. The Kroger Defendants' and Defendant Gilster-Mary Lee Corporation's Second Designation of Non-Parties at Fault Pursuant to C.R.S. § 13-21-111.5(3)(b) *(doc #407-2)*, tendered to the court on August 20, 2009, is accepted for filing as of the date of this order.

**DATED:**     August 19, 2009