IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON, *et al.*
    Plaintiffs,

v.

DILLON COMPANIES, INC., *et al.*,
    Defendants.

---

FONA INTERNATIONAL,
    Third-Party Plaintiff

v.

ADVANCED BIOTECH, *et al.*
    Defendants.

---

FONA INTERNATIONAL,
    Third-Party Plaintiff

v.

BRIDGEPOINT SYSTEMS, INC., *et al.*
    Third-Party Defendants.

---

INTERNATIONAL FLAVORS & FRAGRANCES, INC., *et al.*,
    Third-Party Plaintiffs,

v.

BRIDGEPOINT SYSTEMS, INC., *et al.*,
    Third-Party Defendants.

---

CITRUS & ALLIED ESSENCES, LTD.,
    Third-Party Defendant and Third-Party Plaintiff

v.

CHEMTURA CANADA CO./CIE,
     Third-Party Defendant.

---

GILSTER-MARY LEE CORPORATION,
     Third-Party Plaintiff,

v.

BRIDGEPOINT SYSTEMS, INC., *et al.,*
     Third-Party Defendants.

---

FLAVOR CONCEPTS, INC.,
     Third-Party Plaintiff,

v.

BRIDGEPOINT SYSTEMS, INC., *et al.*,
     Third-Party Defendants.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     IT IS HEREBY ORDERED that FONA International, Inc.'s Motion for Clarification Regarding FONA's Non-Party Designation of Givaudan (*doc. # 421)* is GRANTED.  Defendant FONA International, Inc.'s Non-Party at Fault Designation of Givaudan Flavors Corp. (*doc. # 368)* is accepted by the court as of the date it was filed.

     IT IS FURTHER ORDERED that Third-Party Defendant Phoenix Aroma and Essential Oils, Inc.'s Motion for Leave to File Designation of Nonparty At Fault Out of Time (*doc. # 423)* is GRANTED. The Designation of Non-Party at Fault by Phoenix Aromas & Essential Oils, Inc. (*doc. # 423-2)* tendered to the Court on August 31, 2009, is accepted for filing as of the date of this order.

**DATED:**     August 31, 2009