IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON, *et al.*
    Plaintiffs,

v.

DILLON COMPANIES, INC., *et al.*,
    Defendants.

---

FONA INTERNATIONAL,
    Third-Party Plaintiff

v.

ADVANCED BIOTECH, *et al.*
    Defendants.

---

FONA INTERNATIONAL,
    Third-Party Plaintiff

v.

BRIDGEPOINT SYSTEMS, INC., *et al.*
    Third-Party Defendants.

---

INTERNATIONAL FLAVORS & FRAGRANCES, INC., *et al.*,
    Third-Party Plaintiffs,

v.

BRIDGEPOINT SYSTEMS, INC., *et al.,*
    Third-Party Defendants.

---

CITRUS & ALLIED ESSENCES, LTD.,
    Third-Party Defendant and Third-Party Plaintiff

v.

CHEMTURA CANADA CO./CIE,
    Third-Party Defendant.

---

GILSTER-MARY LEE CORPORATION,
    Third-Party Plaintiff,

v.

BRIDGEPOINT SYSTEMS, INC., *et al.,*
    Third-Party Defendants.

---

FLAVOR CONCEPTS, INC.,
    Third-Party Plaintiff,

v.

BRIDGEPOINT SYSTEMS, INC., *et al.*,
    Third-Party Defendants.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Third-Party Defendant Centrome, Inc. d/b/a Advanced Biotech's Motion for Leave to File its Second Designation Pursuant to Colo. Rev. Stat. 13-21-111.5 Out of Time (*doc. # 429)* is GRANTED. Third-Party Defendant Centrome, Inc. d/b/a Advanced Biotech's "Second Designation Pursuant to Colo. Rev. Stat. 13-21-111.5" (*doc. # 429-2)* tendered to the Court on September 1, 2009, is accepted for filing as of the date of this order.

**DATED:**    September 1, 2009