IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 08-cv-00091-WDM-CBS   FTR - Reporter Deck-Courtroom A402
Date:   October 23, 2009   Courtroom Deputy: Ginny Kramer

*Parties:*   *Counsel:*

  Kenneth McClain
WAYNE WATSON,   Steven Crick
MARY WATSON,

   Plaintiffs

v.

DILLON COMPANIES, INC.,   Jason Melichar
*doing business as*   Kenneth McClain
King Soopers,   Steven Crick
*doing business as*   Fredrick Ludwig
Inter-American-Products, Inc.,   Ronald Lee
et al.,   Darin Lang
  Kenneth Barrish
   Defendants.   Scott Stephenson
  Daniel Jones, Jr.
  Ryan Gill
  Jesse Brant
  Andrew Ford

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC DISCOVERY CONFERENCE**
**Court in Session:   8:36 a.m.**
Court calls case. Appearances of counsel.

The Court and counsel discuss discovery issues.

**It was ORDERED:**

1. That defendant Birds Eye Food, Inc.'s Motion for Leave to *File third Designation of Non Parties at Fault Out of Time* [#434] filed September 22, 2009, is **GRANTED**.

2. That Stipulated Motions to Dismiss among the various parties shall be filed **on or before November 30, 2009.**

3. That all fact depositions shall be done **up to and including January 31, 2010. All other deadlines remain in place.**

4. That all experts shall be designated **on or before May 5, 2010.**

5. That the dispositive motion deadline is **June 7, 2010**.

6. That a Final Pretrial Conference shall be held on **August 23, 2010, at 9:15 a.m.**

Hearing concluded.
**Court in recess**: **8:54 a.m.**
Total time in court:    00:18 minutes

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.