**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 08-cv-00091-WDM-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   November 16, 2009** | **Courtroom Deputy:**  Linda Kahoe |

WAYNE WATSON,                                           Steven E. Crick
MARY WATSON,

    Plaintiffs,

v.

DILLON COMPANIES, INC.,                          Jason D. Melichar
INTER-AMERICAN-PRODUCTS, INC.,
KROGER CO., THE,
    Defendants,
GILSTER-MARY LEE CORPORATION,
    Defendant/Third-Party Plaintiff,

BUSH BOAKE ALLEN, INC.,                          Jon David Brittingham
    Defendant/Third Party Plaintiff,

FLAVOR CONCEPTS, INC.,                            Frederick J. Ludwig
    Defendant/Third Party Plaintiff,

FONA INTERNATIONAL, INC.,                    Ronald B. Lee
    Defendant/Third Party Plaintiff,              Lisanne Newell Leasure
                                                                    Moira H. Pietrowski

INTERNATIONAL FLAVORS &                    Jon David Brittingham
FRAGRANCES, INC.,
    Defendant/Third Party Plaintiff,

BIRDS EYE FOOD, INC.,                                Scott D. Stephenson
    Defendant,                                                       Kenneth J. Barrish

CHEMTURA CANADA CO./CIE                     Edward Timothy Walker
    Third Party Defendant,

BRIDGEPOINT SYSTEMS, INC.                     Jesse Owen Brant
    Third Party Defendant

CARPET TECHNOLOGIES, INC.                    Andrew Scott Ford
    Third Party Defendant,
CHEMICAL TECHNOLOGIES INTERNATIONAL, INC.
    Third Party Defendant,

CITRUS & ALLIED ESSENCES, LTD
    Third Party Defendant/Third Party Plaintiff,
BERJE, INC.

       Third Party Defendant,

ADVANCED BIOTECH,
       Third Party Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   TELEPHONIC DISCOVERY CONFERENCE**
**Court in session:   10:05 a.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding Plaintiffs' Motion for Protective Order (doc #[447], filed 11/13/2009).

For the reasons as stated on the record, it is:

ORDERED:   Plaintiffs' Motion for Protective Order #[447] is GRANTED subject to the following protocol:

    To the extent that depositions were noticed in this case 08-cv-00091-WDM-CBS, the questioning of deponents will proceed as follows:

    Counsel for the Watsons will be allowed to conduct an initial inquiry.

    At the conclusion of Plaintiffs' initial inquiry, counsel for Defendants in this case will be allowed to conduct a cross-examination, or further inquiry, limited to issues and facts specifically relevant to this case.

    At the conclusion of that further inquiry, counsel for the Watsons will be allowed to conduct any additional inquiry they think is appropriate in light of the examination taken by defense counsel or Third Party Defendants.

    At the conclusion of that examination, if there is any time left within the presumptive 7 hours, and if Gilster-Mary Lee does not interpose an objection, the court will allow an examination to the facts and issues in other cases, but that ancillary examination will only go forward: (1) If there is any time left in the presumptive 7 hours, and (2) If Gilster-Mary Lee or the deponent does not interpose an objection or seek relief under Rule 26 (c).

*Counsel are reminded that they will be required to comply fully with all provisions of D.C.ColoL.CivR. 7.2, and particularly those provisions dealing with filing documents under seal.*

HEARING CONCLUDED.
**Court in recess**:   **10:44 a.m.**
Total time in court:   00:39

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.