IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON, et al.,

    Plaintiffs,

v.

DILLON COMPANIES, INC., et al.,

    Defendants.

---

## NOTICE OF DISMISSAL OF FONA INTERNATIONAL, INC. ONLY

---

    The court takes judicial notice that Plaintiffs and Defendant FONA International, Inc. Fka Flavors of North America, Inc., have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, Defendant FONA International, Inc. is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado on December 15, 2009

                                      BY THE COURT:

                                      s/ Walker D. Miller
                                      United States Senior District Judge

PDF FINAL