IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON, et al.,

    Plaintiffs,

v.

DILLON COMPANIES, INC., et al.,

    Defendants.

---

**NOTICE OF DISMISSAL OF CLAIMS BETWEEN FONA INTERNATIONAL, INC. And BERJE, INC., POLAROME INTERNATIONAL, INC., CITRUS & ALLIED ESSENCES, LTD., PHOENIX AROMAS & ESSENTIAL OILS, CENTROME, INC. AND O'LAUGHLIN INDUSTRIES, INC.**

---

The court takes judicial notice that Defendant FONA International, Inc. fka Flavors of North America, Inc., and Berje, Inc., Polarome International, Inc., Citrus & Allied Essences, Ltd., Phoenix Aromas & Essential Oils, Centrome, Inc. and O'laughlin Industries, Inc. have filed a Stipulation for Dismissal With Prejudice in accordance with

Fed. R. Civ. P. 41(a)(2). Accordingly, all claims against and between these parties are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado on December 15, 2009

BY THE COURT:


s/ Walker D. Miller
United States Senior District Judge