IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON, et al.,

     Plaintiffs,

v.

DILLON COMPANIES, INC., et al.,

     Defendants.

---

**NOTICE OF DISMISSAL OF FONA'S CLAIMS AGAINST CARPET
TECHNOLOGIES, INC. AND BRIDGEWATER, INC.**

---

The court takes judicial notice that Defendant FONA International, Inc. fka

Flavors of North America, Inc., and Carpet Technologies, Inc. and Bridgewater, Inc.,

have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P.

41(a)(2).  Accordingly, Defendant FONA International, Inc.'s claims against these third-

party defendants are dismissed with prejudice, each party to pay his or its own costs

and attorneys' fees.

     DATED at Denver, Colorado on December 15, 2009

                    BY THE COURT:


                    s/ Walker D. Miller
                    United States Senior District Judge

PDF FINAL