IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON, et al.,

    Plaintiffs,

v.

DILLON COMPANIES, INC., et al.,

    Defendants.

---

**NOTICE OF DISMISSAL OF FLAVOR CONCEPTS, INC. ONLY**

---

The court takes judicial notice that Plaintiffs and Defendant Flavor Concepts, Inc. have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, Defendant Flavor Concepts, Inc. is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado on December 16, 2009

                                          BY THE COURT:

                                          s/ Walker D. Miller
                                          United States Senior District Judge