**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  08-cv-00091-WDM-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   January 21, 2010** | **Courtroom Deputy:**   Linda Kahoe |
| | |
| WAYNE WATSON, and | Andrew K. Smith |
| MARY WATSON, | Steven E. Crick |
|         Plaintiffs, | |
| v. | |
| DILLON COMPANIES, INC., | Jason Melichar |
| INTER-AMERICAN-PRODUCTS, INC.; | |
| THE KROGER CO., | |
| | |
| BUSH BOAKE ALLEN, INC., | Richard W. Pruett |
| | |
| GILSTER-MARY LEE CORPORATION, | Jason Melichar |
| | |
| INTERNATIONAL FLAVORS & FRAGRANCES, INC., | Dan Jones |
| | Richard W. Pruett |
| | |
| BIRDS EYE FOODS, INC., | Kenneth J. Barish |
| | Scott D. Stephenson |
| | Darin J. Lang |
| | |
| JOHN DOE DEFENDANTS 9-20, | |
|         Defendants. | |

| | |
|---|---|
| INTERNATIONAL FLAVORS & FRAGRANCES, INC., | Dan Jones |
| BUSH BOAKE ALLEN, INC., | Richard W. Pruett |
|         Third-Party Plaintiffs, | |
| v. | |
| BRIDGEPOINT SYSTEMS, INC., | Jesse O. Brant |
| | |
| CHEMICAL TECHNOLOGIES INTERNATIONAL, INC., | Tim Schulte |
|         Third-Party Defendants. | |

CITRUS & ALLIED ESSENCES, LTD.,
        Third-Party Plainiff
v.
CHEMTURA CANADA CO./CIE,
        Third-Party Defendant.

GILSTER-MARY LEE CORPORATION,
      Third-Party Plaintiff,
v.
BRIDGEPOINT SYSTEMS, INC.,                   Jesse O. Brant
CARPET TECHNOLOGIES, INC.,
n/k/a CHEMICAL TECHNOLOGIES INTERNATIONAL, INC., and
JOHN DOE DEFENDANTS 1-10,
      Third-Party Defendants.

---

FLAVOR CONCEPTS, INC.,                             Fredrick J. Ludwig
      Third-Party Plaintiff,
v.
BRIDGEPOINT SYSTEMS, INC.,                     Jesse O. Brant

CARPET TECHNOLOGIES, INC.;
BERJE, INC., and
JOHN DOE DEFENDANTS 1-10,
      Third-Party Defendants

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session:     3:03 p.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding pending motions #462, #463, #466, and #467.

**ORDERED**: Defendant Birds Eye Foods, Inc.'s Motion for Leave to File Fourth Designation of Non-Parties at Fault Out of Time, doc #[462], filed 1/8/2010 is **GRANTED**.

**ORDERED**: Kroger Defendants' and Defendant Gilster-Mary Lee Corporation's Motion for Leave to File Third Designation of Non-Parties at Fault Out of Time, doc #[463], filed 1/8/2010 is **GRANTED**.

**ORDERED**: Defendant Bush Boake Allen, Inc.'s Motion for Leave to File Designation of Non-Parties at Fault Out of Time, doc #[466], filed 1/11/2010 is **GRANTED**.

**ORDERED**: Defendant International Flavors & Fragrances, Inc.'s Motion for Leave to File Designation of Non-Parties at Fault Out of Time, doc #[467], filed 1/11/2010 is **GRANTED**.

Discussion regarding Joint Motion of Birds Eye Foods, Inc. And Gilster-Mary Lee Corporation for Extension of Time to Designate Affirmative Experts, doc #[464], filed 1/8/2010.

**ORDERED**: The parties shall submit a comprehensive and final schedule of depositions,

>including the dates the depositions will be taken and completed, no later than **5:00 p.m. on MONDAY, JANUARY 25, 2010.   Based upon those dates, the court will set a new deadline for completing fact depositions.  Once the new date for completing fact depositions is determined, the court will set a date certain by which affirmative experts will be designated and disclosures must be produced.  The court will set a date certain by which rebuttal experts must be disclosed.  No expert depositions will be taken until dispositive motions are filed and ruled on.**

**ORDERED**:   Joint Motion of Birds Eye Foods, Inc. And Gilster-Mary Lee Corporation for Extension of Time to Designate Affirmative Experts, doc #[464] is **HELD IN ABEYANCE pending the court's review of the deposition schedule to be submitted on January 25th.**

HEARING CONCLUDED.

**Court in recess**:        **3:56 p.m.**
Total time in court:     00:53

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.