IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON AND
MARY WATSON,

    Plaintiffs,

v.

DILLON COMPANIES, INC., et al.,

    Defendants.

---

**NOTICE OF DISMISSAL OF INTERNATIONAL FLAVORS & FRAGRANCES, INC.
AND BUSH BOAKE ALLEN, INC. ONLY**

---

    The court construes Plaintiff's motion to dismiss all claims against Defendants International Flavors & Fragrances, Inc. and Bush Boake Allen, Inc. to be in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, this case is dismissed with prejudice as to these defendants only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on June 3, 2010

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States District Judge