IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON AND
MARY WATSON,

    Plaintiffs,

v.

DILLON COMPANIES, INC. et al.,

    Defendants.

---

## NOTICE OF DISMISSAL of THIRD-PARTY COMPLAINT ONLY

---

    The court construes Defendants International Flavors & Fragrances, Inc. and Bush Boake Allen, Inc.'s Motion to Dismiss third-party complaint against Bridgepoint Systems, Inc, Chemical Technologies International, Inc., and John Doe Defendants 1-10 to be in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, the third-party complaint for contribution against third-party defendants is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on June 7, 2010.

                                          BY THE COURT:

                                          s/ Walker D. Miller
                                          United States District Judge