IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON and
MARY WATSON,

    Plaintiffs,

v.

DILLON COMPANIES, INC., d/b/a/ KING SOOPERS, also d/b/a INTER-AMERICAN PRODUCTS, INC., et al.,

    Defendants.

---

## ORDER ON UNOPPOSED MOTION TO DISMISS

Miller, J.

This matter is before me on Plaintiffs' Unopposed Motion to Dismiss with Prejudice All Claims Against Defendants International Flavors & Fragrances, Inc., and Bush Boake Allen, Inc. (Docket No. 513). It appears that the parties have reached a resolution of their claims. Plaintiffs therefore seek dismissal of the claims pursuant to Fed. R. Civ. P. 41(a)(2), which these Defendants do not oppose.

Accordingly, it is ordered:

1. Plaintiffs' Unopposed Motion to Dismiss with Prejudice All Claims Against Defendants International Flavors & Fragrances, Inc., and Bush Boake Allen, Inc. (Docket No. 513) is granted. All claims asserted by Plaintiffs against Defendants International Flavors & Fragrances, Inc., and Bush Boake Allen, Inc., are dismissed with prejudice. The parties shall pay their

own fees and costs.

2. Plaintiffs' claims remain pending against Defendants Dillon Companies, Inc., Inter-American Products, Inc., the Kroger Co., Gilster-Mary Lee Corporation, Birds Eye Food, Inc., and associated John Does.

DATED at Denver, Colorado, on June 29, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge