**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 08-cv-00091-WDM-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** June 30, 2010 | **Courtroom Deputy:** Linda Kahoe |

| | |
|---|---|
| WAYNE WATSON, and<br>MARY WATSON,<br>    Plaintiffs,<br>v. | Kenneth B. McClain |
| DILLON COMPANIES, INC.,<br>INTER-AMERICAN-PRODUCTS, INC.,<br>THE KROGER CO., | Jason Melichar |
| BUSH BOAKE ALLEN, INC., | |
| GILSTER-MARY LEE CORPORATION, | Jason Melichar |
| INTERNATIONAL FLAVORS & FRAGRANCES, INC., | |
| BIRDS EYE FOODS, INC., | Kenneth J. Barrish *(via phone)* |
| JOHN DOE DEFENDANTS 9-20,<br>    Defendants. | |

---

INTERNATIONAL FLAVORS & FRAGRANCES, INC.,
BUSH BOAKE ALLEN, INC.,
    Third-Party Plaintiffs,
v.
BRIDGEPOINT SYSTEMS, INC.,

CHEMICAL TECHNOLOGIES INTERNATIONAL, INC.,
    Third-Party Defendants.

---

CITRUS & ALLIED ESSENCES, LTD.,
    Third-Party Plainiff
v.
CHEMTURA CANADA CO./CIE,
    Third-Party Defendant.

---

GILSTER-MARY LEE CORPORATION,  Jason Melichar
    Third-Party Plaintiff,
v.
BRIDGEPOINT SYSTEMS, INC.,
CARPET TECHNOLOGIES, INC.,
n/k/a CHEMICAL TECHNOLOGIES INTERNATIONAL, INC., and
JOHN DOE DEFENDANTS 1-10,
    Third-Party Defendants.

FLAVOR CONCEPTS, INC.,
    Third-Party Plaintiff,
v.
BRIDGEPOINT SYSTEMS, INC.,

CARPET TECHNOLOGIES, INC.;
BERJE, INC., and
JOHN DOE DEFENDANTS 1-10,
    Third-Party Defendants

# COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session:    11:06 a.m.**
Court calls case. Appearances of counsel. *Mr. Barrish appears via phone.*

Discussion and arguments regarding Plaintiffs' Motion for Leave to Amend Complaint and Add Claim of Exemplary and Punitive Damages as Against Defendant Gilster-Mary Lee Corporation, doc #[502], filed 4/15/2010.

For the reasons as stated on the record, it is:

**ORDERED:** Plaintiffs' Motion for Leave to Amend Complaint and Add Claim of Exemplary and Punitive Damages as Against Defendant Gilster-Mary Lee Corporation, doc #[502] is **GRANTED to the extent that Plaintiffs' prayer for relief is amended to include a request for punitive damages.**

Discussion regarding request for production of pathology slides. Mr. McClain states he will follow up with Mr. Crick on the request.

HEARING CONCLUDED.

**Court in recess**:    **11:51 a.m.**
Total time in court:    00:45

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.