IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON,

    Plaintiff,

v.

DILLON COMPANIES, INC., et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The joint motions for summary judgment (ECF Nos. 561, 562, 563, 564 & 565) are stricken for failure to comply with D.C.Colo.LCivR 56.1A. Counsel are further ordered to file one single joint consolidated motion and memorandum not to exceed 30 pages.

Dated: September 13, 2010

                                          s/ Jane Trexler, Judicial Assistant