IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON AND
MARY WATSON,

    Plaintiffs,

v.

DILLON COMPANIES, INC., et al.,

    Defendants.

GILSTER-MARY LEE CORPORATION,

    Third-Party Plaintiff,

v.

BRIDGEPOINT SYSTEMS, INC.,
CARPET TECHNOLOGIES, INC.,
now known as CHEMICALA TECHNOLOGIES INTERNATIONAL, INC.; AND
JOHN DOE DEFENDANTS 1-10,

    Third-Party Defendants.

## NOTICE OF DISMISSAL AS TO CERTAIN CLAIMS ONLY

The court takes judicial notice that Third-Party Plaintiff Gilster-Mary Lee Corporation and Third-Party Defendant Chemical Technologies International, Inc. have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, the third-party complaint of Gilster-Mary Lee Corporation is dismissed with prejudice, against Chemical Technologies, Inc., each party to pay his or its own costs

and attorneys' fees.

DATED at Denver, Colorado, on November 3, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge