IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON, et al.,

    Plaintiffs,

v.

DILLON COMPANIES, INC., et al.,

    Defendants.

---

**NOTICE OF DISMISSAL OF THIRD-PARTY COMPLAINT AGAINST
CHEMICAL TECHNOLOGIES INTERNATIONAL, INC. ONLY**

---

This matter is before me on Flavor Concepts, Inc.'s unopposed motion to dismiss without prejudice Flavor Concepts, Inc.'s Third-Party Complaint Against Chemical Technologies International, Inc. (ECF No. 595).  Accordingly, the third-party complaint is dismissed without prejudice, as to Chemical Technologies International, Inc. only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on December 28, 2010.

                                    BY THE COURT:

                                    s/ Walker D. Miller
                                    United States Senior District Judge