IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON, et al.,

    Plaintiffs,

v.

DILLON COMPANIES, INC., et al.,

    Defendants.

---

## NOTICE OF DISMISSAL OF THIRD-PARTY COMPLAINT AGAINST BRIDGEWATER, INC. ONLY

---

This matter is before me on Flavor Concepts, Inc.'s and Bridgewater, Inc.'s Joint Motion to Dismiss with Prejudice Flavor Concepts, Inc.'s Third-Party Complaint Against Only Bridgewater, Inc. (ECF No. 594) in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, the third-party complaint is dismissed with prejudice, as to Bridgewater, Inc. only, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on December 28, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

PDF FINAL