IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON,

     Plaintiff,

v.

DILLON COMPANIES, INC., et al.,

     Defendants.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

     The following minute order is entered by Judge Walker D. Miller:

     Defendant Flavor's motion to terminate party is granted.

Dated:  December 28, 2010

                                            s/ Jane Trexler, Judicial Assistant