IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON AND
MARY WATSON,

    Plaintiffs,

v.

DILLON COMPANIES, INC., et al.,

    Defendants.

---

**NOTICE OF DISMISSAL OF CERTAIN THIRD-PARTY CLAIMS ONLY**

---

    The court takes judicial notice that Third-Party Plaintiff Gilster-Mary Lee Corporation and Third Party Defendant, Bridgewater, Inc. have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, the third-party complaint of Gilster-Mary Lee Corporation against Bridgewater, Inc. is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on February 14, 2011.

                                                    BY THE COURT:

                                                    s/ Walker D. Miller
                                                    United States Senior District Judge

PDF FINAL