**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  08-cv-00091-WDM-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  March 16, 2011** | **Courtroom Deputy:**  Linda Kahoe |

WAYNE WATSON, and
MARY WATSON,

     Plaintiffs,

        **v.**

DILLON COMPANIES, INC., *et al.,*
BIRDS EYE FOOD, INC.,

     Defendants.

Steven E. Crick *(via phone)*

Jason D. Melichar
Darin James Lang

---

GILSTER-MARY LEE CORPORATION

     Third-Party Plaintiff,

v.

BRIDGEPOINT SYSTEMS, INC.,
CARPET TECHNOLOGIES, INC.
    *now known as Chemical Technologies International, Inc.*, and
JOHN DOE DEFENDANTS 1 - 10,

     Third-Party Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in session:        9:06 a.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding Defendant Birds Eye Foods, Inc.'s Motion for Leave to File Fifth Designation of Non-Parties at Fault Out of Time, doc #[624], filed 2/22/2011.

**ORDERED:**  Defendant Birds Eye Foods, Inc.'s Motion for Leave to File Fifth Designation of Non-Parties at Fault Out of Time, doc #[624], is **GRANTED IN PART AND DENIED IN PART**.  The Motion is **GRANTED** with respect to Bush Boake Allen, Inc., and International Flavors & Fragrances, Inc.  The Motion is **DENIED WITHOUT PREJUDICE** with respect to Chemical Technologies International, Inc., and Bridgepoint Systems, Inc.

HEARING CONCLUDED.

**Court in recess**:      9:32 a.m.
Total time in court:    00:26

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.