IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON,
MARY WATSON,

      Plaintiffs,

v.

DILLON COMPANIES, INC., et al.,

      Defendants.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

      The following minute order is entered by Judge Walker D. Miller:

      Plaintiffs' motion to file oversized statements is granted in part and denied in part (ECF No. 631); the expert reports are limited to 20 pages per expert.

Dated:  May 26, 2011

                            s/ Jane Trexler, Judicial Assistant