IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 08-cv-00091-WDM-CBS

WAYNE WATSON,
MARY WATSON,

    Plaintiffs,

v.

DILLON COMPANIES, INC., et al.,

    Defendants.
_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The motion to withdraw subpoena is (ECF No. 645) granted; the motion to quash (ECF No. 644) is moot.

Dated: June 10, 2011

                                s/ Jane Trexler, Judicial Assistant