**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  08-cv-00091-WYD-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   March 12, 2012** | **Courtroom Deputy:**  Ellen E. Miller |

| | |
|---|---|
| WAYNE WATSON, and<br>MARY WATSON, | Steven E. Crick<br>Andrew K. Smith |
| Plaintiffs, | |
| **v.** | |
| DILLON COMPANIES, INC., *et al.,* and<br>BIRDS EYE FOOD, INC., | Brett M. Godfrey<br>Paul J. Rupprecht<br>Kenneth J. Barrish |
| Defendants. | |

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   TELEPHONIC  MOTION  HEARING**
**Court in session:**      1:40 p.m.
Court calls case.  Appearances of counsel.

The Court raises Plaintiffs' Motion for Protective Order Precluding and Preventing Attempted Improper Out-Of-Time Fact Discovery by Defendants and for Emergency Telephonic Hearing Thereon [Docket No. 687, Filed March 09, 2012] for argument.
Argument by Andrew Smith on behalf of Plaintiffs.
Argument by Brett Godfrey on behalf of Defendants.

**ORDERED:**    Plaintiffs'  MOTION  FOR  PROTECTIVE  ORDER  PRECLUDING  AND PREVENTING  ATTEMPTED  IMPROPER  OUT-OF-TIME  FACT DISCOVERY  BY  DEFENDANTS  AND FOR EMERGENCY TELEPHONIC HEARING THEREON   [Docket No. **687**, filed March 09, 2012] is **GRANTED** for reasons as set forth on the record.  The subject Subpoenas are QUASHED.

HEARING CONCLUDED.    **Court in recess**:  1:57 p.m.    Total time in court:      00:17
To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.