**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  08-cv-00091-WYD-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  April 16, 2012** | **Courtroom Deputy:** Robin Mason |

WAYNE WATSON, and                                     Steven E. Crick
MARY WATSON,                                            Andrew K. Smith

           Plaintiffs,

                  **v.**

DILLON COMPANIES, INC., *et al.,* and              Brett M. Godfrey
BIRDS EYE FOOD, INC.,                                  Scott D. Stephenson
                                                                Kenneth J. Barrish

           Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   TELEPHONIC  MOTION  HEARING**
**Court in session:       8:32 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the plaintiff's MOTION to Strike Out-of-Time Supplemental Disclosure of Additional Expert Opinion (Docket No. 698, filed on 3/23/2012) and the defendant's RESPONSE to #698 MOTION to Strike Out-of-Time Supplemental Disclosure of Additional Expert Opinion (Defendants' Joint Response in Opposition).

Discussion regarding Rule 26(e)(1)(a), 702 hearing and depositions, the upcoming Daubert hearing before Chief Judge Daniel, and Rule 37(c) and failure to properly supplement under Rule 26(e).

**ORDERED:**  The court **GRANTS** the plaintiff's MOTION to Strike Out-of-Time Supplemental
             Disclosure of Additional Expert Opinion (Docket No. 698, filed on 3/23/2012).

HEARING CONCLUDED.

**Court in recess**:  **9:18 a.m.**
Total time in court:     00:46

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.