**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

Courtroom Deputy:   Robert R. Keech                Date:   July 27, 2012
E.C.R./Reporter:    Tammy Hoffschildt

Civil Action No: **08-cv-00091-WYD-CBS**          Counsel:

**WAYNE WATSON** and                              Steven E. Crick
**MARY WATSON**,                                  Andrew K. Smith

       Plaintiffs,

v.

**DILLON COMPANIES, INC., et al.**,               Brett M. Godfrey
                                                  Paul J. Rupprecht
       Defendants.                  Scott D. Stephenson
                                                  Kenneth J. Barrish

**COURTROOM MINUTES**

**TRIAL PREPARATION CONFERENCE**

**3:13 p.m.**    Court in Session

        APPEARANCES OF COUNSEL.

        Court's opening remarks.

3:14 p.m.        Discussion regarding jury instructions submitted by counsel.

**ORDERED:**     Supplemental jury instructions and any objections shall be filed not later than **Friday, August 10, 2012.**

**ORDERED:**     Plaintiffs' Objection to and Motion to Preclude the Second Deposition of James Martyny, PH.D. (ECF Doc. No. 728), filed June 27, 2012, is **GRANTED.**

                Defendants' Joint Motion in Limine to Exclude Plaintiffs' Exhibit 350 as Improper and Prejudicial (ECF Doc. No. 731), filed June 27, 2012, is raised for argument.

3:23 p.m.      Argument by Defendants (Mr. Godfrey).

3:34 p.m.      Argument by Plaintiffs (Mr. Smith).

**ORDERED:**    Defendants' Joint Motion in Limine to Exclude Plaintiffs' Exhibit 350 as Improper and Prejudicial (ECF Doc. No. 731), filed June 27, 2012, is **DENIED WITHOUT PREJUDICE.**

                Defendants' Trial Brief Regarding Admissibility of Fact of Plaintiffs' Settlements at Trial (ECF Doc. No. 730), filed June 27, 2012, is raised for argument.

3:41 p.m.      Argument by Defendants (Mr. Godfrey).

3:43 p.m.      Argument by Plaintiffs (Mr. Crick).

**ORDERED:**    Defendants' Trial Brief Regarding Admissibility of Fact of Plaintiffs' Settlements at Trial (ECF Doc. No. 730), filed June 27, 2012, is **DEFERRED.**

**ORDERED:**    No mention shall be made to the settlements in opening statements or witness testimony, unless or until the Court makes a final ruling at trial.

3:44 p.m.      Discussion regarding anticipated trial schedule.

**ORDERED:**    Parties shall file a status report, updating the Court on the estimated length of trial and any outstanding issues to be decided, not later than **Friday, August 10, 2012.**

                Plaintiffs' Motion to Preclude the Testimony of the Following Persons Improperly Designated as Experts by Kroger Company, Dillon Companies, Inc., D/b/a King Soopers, Also d/b/a Inter-american-products, Inc., et Al. and Gilster Mary Lee Corp.: Dr. Roger Mcclellan; Mr. Kurt Heikkila; Rodney K. Williams; Dr. Kendall B. Wallace, Ph.D.; Dr. Patrick A. Hessel, Ph.D.; Dr. John Morris, Ph.D.; Dr. Howard Sandler, M.D.; Dr. Corrine Robbins, M.H.S., Ph.D., C.I.H. and Dr. Kevin O. Leslie (ECF Doc No. 726), filed June 27, 2012, is raised for argument.

3:45 p.m.      Argument by Plaintiffs (Mr. Crick).

3:53 p.m.      Argument by Defendants (Mr. Godfrey).

**ORDERED:** Plaintiffs' Motion to Preclude the Testimony of the Following Persons Improperly Designated as Experts by Kroger Company, Dillon Companies, Inc., D/b/a King Soopers, Also D/b/a Inter-american-products, Inc., et al. And Gilster Mary Lee Corp.: Dr. Roger Mcclellan; Mr. Kurt Heikkila; Rodney K. Williams; Dr. Kendall B. Wallace, Ph.D.; Dr. Patrick A. Hessel, Ph.D.; Dr. John Morris, Ph.D.; Dr. Howard Sandler, M.D.; Dr. Corrine Robbins, M.H.S., Ph.D., C.I.H. and Dr. Kevin O. Leslie (ECF Doc. No. 726), filed June 27, 2012, is **DEFERRED.**

**ORDERED:** Defendants shall file supplemental briefing not later than **Wednesday, August 8, 2012.**

**ORDERED:** Plaintiffs shall file a response to Defendants' supplemental briefing not later than **Monday, August 27, 2012.**

Plaintiffs' Motion in Limine Plaintiffs Motion to Preclude the Testimony of the Following Persons Improperly Designated as Experts by Kroger Company, Dillion Companies, Inc., d/b/a King Soopers, also d/b/a Inter-American-Products, Inc., et al. and Gilster Mary Lee Corp.: Ms. Kathy Jordan, Mr. Eric Asselmeier, Mr. Steve Landholdt, Mr. Thomas Welge, Mr. Donald Welge, Phil Pugh and Tim Nell (ECF Doc. No. 727), filed June 27, 2012, is raised for argument.

4:14 p.m.    Argument by Defendants (Mr. Godfrey).

4:15 p.m.    Argument by Plaintiffs (Mr. Crick).

4:16 p.m.    Argument by Defendants (Mr. Godfrey).

**ORDERED:** Plaintiffs' Motion in Limine Plaintiffs Motion to Preclude the Testimony of the Following Persons Improperly Designated as Experts by Kroger Company, Dillion Companies, Inc., d/b/a King Soopers, also d/b/a Inter-American-Products, Inc., et al. and Gilster Mary Lee Corp.; Ms. Kathy Jordan; Mr. Eric Asselmeier; Mr. Steve Landholdt; Mr. Thomas Welge; Mr. Donald Welge; Phil Pugh and Tim Nell (ECF Doc. No. 727), filed June 27, 2012, is **DENIED AS MOOT.**

Plaintiffs' Motion to Preclude the Testimony of Defense Expert Earle Nestmann, Ph.D. for Failure to Produce Requested Documents and for Lack of Discovery of His Opinions or in the Alternative for Specific Relief Including Limited Discovery (ECF Doc. No 729), filed June 27, 2012, is raised for argument.

4:23 p.m.    Argument by Defendants (Mr. Stephenson).

4:24 p.m.    Argument by Plaintiffs (Mr. Crick).

4:28 p.m.    Argument by Defendants (Mr. Stephenson).

**ORDERED:**  Plaintiffs' Motion to Preclude the Testimony of Defense Expert Earle Nestmann, Ph.D. for Failure to Produce Requested Documents and for Lack of Discovery of His Opinions or in the Alternative for Specific Relief Including Limited Discovery (ECF Doc. No 729), filed June 27, 2012, is **DENIED WITHOUT PREJUDICE.**

**ORDERED:**  Defendants shall provide a proposed order on the production of Cantox Health Sciences International documents not later than **Wednesday, August 1, 2012.**

**ORDERED:**  Defendants are also authorized to issue a subpoena on ConAgra in order to obtain the documents at issue.

Defendants' Joint Motion in Limine to Exclude Plaintiffs' Simualation (ECF Doc. No. 732), filed June 27, 2012, is raised for argument.

4:34 p.m.  Argument by Plaintiffs (Mr. Smith).

4:35 p.m.  Argument by Defendants (Mr. Godfrey).

**ORDERED:**  Defendants' Joint Motion in Limine to Exclude Plaintiffs' Simualation (ECF Doc. No. 732), filed June 27, 2012, is **DENIED.**

4:38 p.m.  Discussion regarding trial materials.

**ORDERED:**  Counsel shall file amended exhibit lists not later than **Monday, August 27, 2012.**

**4:44 p.m.**  Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   1:31**