**DEFENDANTS' EXHIBIT LIST**

**CASE NO. 08-CV-00091-WYD-CBS**

**CASE CAPTION Watson, et al., Plaintiffs, v. Dillon Co., et al., Defendants**                    **DATE August 27, 2012**

| EXHIBIT NO/LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A-1 | | Income Tax Returns for Plaintiffs (1997-2008) | | | | | | | |
| A-2 | | Adm. Record for Nat'l. Jewish (2.17.99) | | | | | | | |
| A-3 | | Med. Records from Nat'l. Jewish Pt. History Questionnaire | | | | | | | |
| A-4 | | Nat'l. Jewish Occ./Env. Med. Div. Med. and Occ. History Questionnaire | | | | | | | |
| A-5 | | Nat'l. Jewish Med Rec. re: Plaintiff (3.11.99) | | | | | | | |
| A-6 | | Nat'l. Jewish Med. Rec. re: Plaintiff (3.11.99) | | | | | | | |
| A-7 | | Nat'l. Jewish Supp. Patient Info. Questionnaire | | | | | | | |
| A-8 | | Nat'l. Jewish Adult Allergy/Pulm. Questionnaire (5.2.06) | | | | | | | |
| A-9 | | Nat'l. Jewish Med Rec. re: Plaintiff (5.26.06) | | | | | | | |
| A-10 | | Nat'l. Jewish Med. Rec. re: Plaintiff (7.7.06) | | | | | | | |
| A-11 | | Nat'l. Jewish Progress Notes Established Patient | | | | | | | |
| A-12 | | Nat'l. Jewish Progress Notes Established Patient | | | | | | | |
| A-13 | | Nat'l. Jewish Med. Rec. re: Plaintiff (6.10.07) | | | | | | | |

**CASE NO. 08-CV-00091-WYD-CBS**

**CASE CAPTION Watson, et al., Plaintiffs, v. Dillon Co., et al., Defendants**                    **DATE August 27, 2012**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A-14 | | Nat'l. Jewish Med. Rec. re: Questionnaire | | | | | |
| A-15 | | Nat'l. Jewish Progress Notes Established Pat. | | | | | |
| A-16 | | Univ. of CO Hosp. (UCH) Med. Rec. of Plaintiff (4.3.07) | | | | | |
| A-17 | | Nat'l. Jewish Progress Notes Established Patient | | | | | |
| A-18 | | Email from Cecile Rose to John Martyny (2.16.07) | | | | | |
| A-19 | | Med. Rec. from Porter Adv. Hosp. re: Plaintiff (4.4.01) | | | | | |
| A-20 | | Med. Rec. from Porter re: Plaintiff (4.4.01) | | | | | |
| A-21 | | Med. Rec. from Dr. Snowden re: Plaintiff (10.31.01) | | | | | |
| A-22 | | Med. Rec. from Dr. Wicks re: Plaintiff (11.10.98) | | | | | |
| A-23 | | Progress Notes from Dr. Wicks re: Plaintiff (5.16.02) | | | | | |
| A-24 | | Consult. Notes from Dr. Adams re: Plaintiff (9.9.02) | | | | | |
| A-25 | | Letter from Cecile Rose to Ron Balkissoon re: Plaintiff (2.20.07) | | | | | |
| A-26 | | Nat'l. Jewish 2008 Annual Report | | | | | |
| A-27 | | CV of Plaintiff | | | | | |
| A-28 | | CO SOS records re: Strictly Clean, LLC | | | | | |
| A-29 | | MSDS for Red Relief "Part A" | | | | | |
| A-30 | | Equip. lease for Lease No. 129574 | | | | | |
| A-31 | | Invoices/sales orders from Bridgepoint Systems to Strictly Clean | | | | | |
| A-32 | | Invoices/sales orders from Bridgepoint Systems to Strictly Clean | | | | | |

**CASE NO. 08-CV-00091-WYD-CBS**

**CASE CAPTION Watson, et al., Plaintiffs, v. Dillon Co., et al., Defendants**                          **DATE August 27, 2012**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| A-33 | | MSDS for Red Relief "Part A" | | | | | | |
| A-34 | | MSDS for Stain Magic A | | | | | | |
| A-35 | | MSDS for Stain Magic "Part B" | | | | | | |
| A-36 | | MSDS for Urine Stain Remover | | | | | | |
| A-37 | | Ltr. From Plaintiff re: Strictly Clean (Oct. 1998) | | | | | | |
| A-38 | | Strictly Clean advertisement | | | | | | |
| A-39 | | Carpet Cleaning Operator's Man. | | | | | | |
| A-40 | | MSDS for Bio Break CC18 | | | | | | |
| A-41 | | MSDS for Point Blue (Emulsifier) CC24 | | | | | | |
| A-42 | | MSDS for Bridgepoint Protector Carpet Grade Plus CP05 | | | | | | |
| A-43 | | MSDS for Bridgepoint Protector Maxim CP07 | | | | | | |
| A-44 | | MSDS for Unsmoke Syst. Un Duz It | | | | | | |
| A-45 | | MSDS for Avenge CS07 | | | | | | |
| A-46 | | MSDS for Spice Air | | | | | | |
| A-47 | | MSDS for Rinse-N-Treat | | | | | | |
| A-48 | | MSDS for Kleen-n-Treat CD18 | | | | | | |
| A-49 | | MSDS for Multiphase Deodorant | | | | | | |
| A-50 | | Microwave Popcorn Specifications | | | | | | |
| A-51 | | Photos of Kroger Natural & Artificial Butter Flavored Microwave Popcorn | | | | | | |
| A-52 | | Photos of Kroger Movie Theater Butter Microwave Popcorn | | | | | | |
| A-53 | | Photos of first Choice Movie Theater Butter Microwave Popcorn | | | | | | |
| A-54 | | Week-ending sales info. for popcorn carrying the First Choice/Kroger labels that were sold at King Soopers located at 7575 S. University Blvd., Centennial, CO between the weeks ending 12.14.02 through 4.26.08. | | | | | | |

**CASE NO. 08-CV-00091-WYD-CBS**

**CASE CAPTION Watson, et al., Plaintiffs, v. Dillon Co., et al., Defendants**                                    **DATE August 27, 2012**

| A-55 | | Consumer loyalty data 10.1.06 thru 4.8.08. | | | | | | | |
|------|--|---------------------------------------------|--|--|--|--|--|--|--|
| A-56 | | 9.6.07 Don Welge and Tom Welge ltr. to Tim Nell, Kroger | | | | | | | |
| A-57 | | 10.31.02 specification for ingredient 19048 | | | | | | | |
| A-58 | | 4.24.03 specification for ingredient 19048 | | | | | | | |
| A-59 | | Extra butter popcorn formula specification | | | | | | | |
| A-60 | | Transferred Kroger Butter formula | | | | | | | |
| A-61 | | Current Gilster Kroger Butter formula | | | | | | | |
| A-62 | | Current Gilster Kroger Movie Theater Butter formula | | | | | | | |
| A-63 | | Transferred Kroger Movie Theater Butter formula | | | | | | | |
| A-64 | | First Choice butter flavor formula | | | | | | | |
| A-65 | | Ingredient spec. for code 1913 | | | | | | | |
| A-66 | | Ingredient spec. for code 1927 | | | | | | | |
| A-67 | | Ingredient spec. for code 1922 | | | | | | | |
| A-68 | | 8.2.04 Ingredient spec. for code 1919 | | | | | | | |
| A-69 | | 10.17.03 Ingredient spec. for code 1919 | | | | | | | |
| A-70 | | Ingredient spec. for code 1917 | | | | | | | |
| A-71 | | Ingredient spec. for code 19101 | | | | | | | |
| A-72 | | Ingredient spec. for code 19121 | | | | | | | |
| A-73 | | Gilster sales records to Kroger | | | | | | | |
| A-74 | | Flavor Concepts, Inc. label of N&A Butter Flavor Powder no. 160555 | | | | | | | |
| A-75 | | Flavor Concepts, Inc. label of N&A Butter Flavor Powder no. 160555 | | | | | | | |
| A-76 | | Flavor Concepts, Inc. label of N&A Butter Flavor Powder no. 160555 | | | | | | | |
| A-77 | | Formula for FONA 816.713 | | | | | | | |

CASE NO. 08-CV-00091-WYD-CBS

CASE CAPTION Watson, et al., Plaintiffs, v. Dillon Co., et al., Defendants                    DATE August 27, 2012

| A-78 | | Sales summary of FONA 816.713 to Gilster-Mary Lee | | | | | |
|------|--|------|--|--|--|--|--|
| A-79 | | Formula for FONA 816.B | | | | | |
| A-80 | | Sales summary for FONA 816.900 and 816.B to Flavor Concepts | | | | | |
| A-81 | | Formula for FONA 816.900 | | | | | |
| A-82 | | Formula for FONA 816.499 | | | | | |
| A-83 | | Sales sum. of FONA 816.499 and 816.B56 to Flavor Concepts | | | | | |
| A-84 | | Formula for FONA 816.B56 | | | | | |
| A-85 | | Guarantee from IFF to Gilster-Mary Lee | | | | | |
| A-86 | | Copies of ltrs. from Dr. Rose to several gov't. entities (7.18.07) | | | | | |
| A-87 | | Wall St. Journal Article-NIOSH Invest. Of Gilster-Mary Lee | | | | | |
| A-88 | | Jefferson City, MO News Trib. Article-NIOSH Invest. of Gilster-Mary lee | | | | | |
| A-89 | | Memo from Popcorn Board | | | | | |
| A-90 | | Internal email at Birds Eye (10.5.01) re: NIOSH Invest. of Gilster-Mary Lee | | | | | |
| A-91 | | Fax cover sheet and Article from OSHA Compl. Advisor re: Butter Flavoring and Diacetyl | | | | | |
| A-92 | | Internal memo to Agrilink Foods Assoc. (10.4.01) | | | | | |
| A-93 | | Internal Birds Eye Memo dated 10.10.01 | | | | | |
| A-94 | | Questionnaire from Kathie Allison to Cecile Rose, MD (8.22.08) | | | | | |
| A-95 | | Product Label for Natural & Artif. Butter Flavor No. 85188 | | | | | |

CASE NO. 08-CV-00091-WYD-CBS

CASE CAPTION Watson, et al., Plaintiffs, v. Dillon Co., et al., Defendants                    DATE August 27, 2012

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| A-96 | | Initial Order Form and Product Label for FONA Butter Flavor 816.713 | | | | | | |
| A-97 | | Fax transmittal; flavor specification; and MSDS for FONA Flavor N0. 816-713 (issued 1.21.98; printed 10.2.01) | | | | | | |
| A-98 | | Material safety data sheet for FONA Butter flavor 816.009 (OS natural butter flav.) (issued 6.6.99; last updated 7.15.02; printed 10.9.02) | | | | | | |
| A-99 | | Material safety data sheet for FONA Flavor No. 816.578 (issued 6.15.98; last updated 7.15.98; printed 6.29.04) | | | | | | |
| B-1 | | Material safety data sheet for FONA Flavor No. 816.801 (issued 4.1.98; last updated 6.15.98; printed 6.29.04) | | | | | | |
| B-2 | | Bush Boake Allen MSDS for Butter Flavor 85188 (8.27.97) | | | | | | |
| B-3 | | 10.4.01 fax and attachments from Jennifer Rivera to Marvin Rash re: Flavor 85188 | | | | | | |
| B-4 | | MSDS for Nat. & Artif. Butter Flavor 85188 (7.9.02) | | | | | | |
| B-5 | | Product label for Nat. & Artif. Butter Flavor no. 85352 | | | | | | |
| B-6 | | Nat'l. Inst. For Occupational Safety & Health, Centers for Disease Control and Prev., Dept. of Health & Human Serv., NIOSH Health Haz. Evaluation Report, HETA #2000-0401-2991, Gilster-Mary Lee Corp., Jasper, MO, Jan. 2006 | | | | | | |

CASE NO. 08-CV-00091-WYD-CBS

CASE CAPTION Watson, et al., Plaintiffs, v. Dillon Co., et al., Defendants          DATE August 27, 2012

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| B-7 | | Richard Kanwal et al. Eval. Of Flavorings-Related Lung Disease Risk at Six Microwave Popcorn Plants, 48 J. Occ. 7 Envtl. Med 149 (Feb. 2006) | | | | | | |
| B-8 | | Nat'l. Inst. For Occupational Safety & Health, Centers for Disease Control and Prev., Dept. of Health & Human Serv., NIOSH Health Haz. Evaluation Report, HETA #2002-0408-2915, Agrilink Foods Popcorn Plant, Ridgway, IL, Oct. 2003 | | | | | | |
| B-9 | | Dep. Trans. of Allen J. Parmet, M.D., taken in Newkirk v. ConAgra Foods, Inc., Case No. 2:08-cv-00273-RMP (E.D. Wash.) | | | | | | |
| B-10 | | Kathleen Kreiss et al., Clinical Bronchiolitis Obliterans in Workers at a Microwave Popcorn Plant, 347 New Eng. J. of Med. 330 (8-1-02) | | | | | | |
| B-11 | | Daniel L. Morgan, et al. Respiratory Toxicity of Diacetyl in C57, B1/6 Mice, Toxicological Sciences (1.27.08) | | | | | | |
| B-12 | | A.F. Hubbs et al., Necrosis of Nasal and Airway Epithelium in Rats Inhaling Vapors of Artificial Butter Flavoring, 185 Toxicology and Applied Pharmacology 128 (2002) | | | | | | |
| B-13 | | Expert report of David Egilman, MD, M.P.H., submitted on behalf of Plaintiffs in this matter | | | | | | |

**CASE NO. 08-CV-00091-WYD-CBS**

**CASE CAPTION Watson, et al., Plaintiffs, v. Dillon Co., et al., Defendants**          **DATE August 27, 2012**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B-14 | | Miranda Hitti, Kernel of Truth About Butter Flavoring, Factory Levels of Flavor Chem. Diacetyl May Harm Lungs, Lab Tests Show; No Known Risks for Consumers, Experts Say, WebMD, 3.13.08, http://www.webmd.com//lung/news/20080313/kernel-of-truth-about-butter-flavoring | | | | | |
| B-15 | | Nat'l. Inst. For Occupational Safety & Health, Centers for Disease Control and Prev., Dept. of Health & Human Serv., NIOSH Health Haz. Evaluation Report, HETA #2003-0112-2949, ConAgra Snack Foods, Marion, OH, Dec. 2004 | | | | | |
| B-16 | | Nat'l. Inst. For Occupational Safety & Health, Centers for Disease Control and Prev., Dept. of Health & Human Serv., NIOSH Health Haz. Evaluation Report, HETA #2001-0474-2943, Amer. Pop Corn Co., Sioux City, IA, July 2004 | | | | | |
| B-17 | | J.E. Lockey, Airway Obstruction Related to Diacetyl Exp. At Microwave Popcorn Prod. Facilities, 24 Eur. Respir. J. 63 (2009) | | | | | |
| B-18 | | Expert reports of Allen J. Parmet, M.D., submitted on behalf of Plaintiffs in this matter | | | | | |

CASE NO. 08-CV-00091-WYD-CBS

CASE CAPTION Watson, et al., Plaintiffs, v. Dillon Co., et al., Defendants                    DATE August 27, 2012

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B-19 | | Nat'l. Inst. For Occupational Safety & Health, Centers for Disease Control and Prev., Dept. of Health & Human Serv., NIOSH Health Haz. Evaluation Report, HETA #2006-0195-3044, Yatsko's Popcorn, Sand Coulee, Montana, April 2007 | | | | | |
| B-20 | | NIOSH Health Hazard Eval.-Interim Report for Birds Eye | | | | | |
| B-21 | | Internal email and notice to Employees Eye at Birds (11.14.02) | | | | | |
| B-22 | | Fax from NIOSH with Attached Article from new England Journal for Med. | | | | | |
| B-23 | | Fax cover sheet and Article from OSHA Compl. Advisor | | | | | |
| B-24 | | Corr. From Dept. Health & Human Services | | | | | |
| B-25 | | Corr. To Birds Eye from U.S. Dept. of Labor (OSHA) (Oct. 2002) | | | | | |
| B-26 | | Internal Memo to Agrilink foods Assoc. (10.4.01) | | | | | |
| B-27 | | Corr. From NIOSH to Birds Eye (9.25.02) | | | | | |
| B-28 | | Geoff Bacci M.A. (Bacci 2), Curriculum Vitae | | | | | |
| B-29 | | National Weather Service Weather Forecast – Denver-Boulder (Feb. 2007) | | | | | |
| B-30 | | Kenneth Kulig, M.D., Curriculum Vitae | | | | | |
| B-31 | | Kulig – Diacetyl General Reference List | | | | | |
| B-32 | | Gary Richetto, Curriculum Vitae | | | | | |

**CASE NO. 08-CV-00091-WYD-CBS**

**CASE CAPTION Watson, et al., Plaintiffs, v. Dillon Co., et al., Defendants**                                      **DATE August 27, 2012**

| B-33 | | David Robinson, Ph.D., Curriculum Vitae | | | | | | |
|------|--|-----------------------------------------|--|--|--|--|--|--|
| B-34 | | Lawrence Repsher, M.D., Curriculum Vitae | | | | | | |
| B-35 | | Parmet Report to Humphrey Farrington 12.10.08 | | | | | | |
| B-36 | | Parmet Report to Humphrey Farrington 3.26.02 | | | | | | |
| B-37 | | Parmet Report to Humphrey Farrington 7.23.05 | | | | | | |
| B-38 | | Parmet Report to Humphrey Farrington 4.21.01 | | | | | | |
| B-39 | | Parmet Report to Humphrey Farrington 12.28.08 | | | | | | |
| B-40 | | Material Safety Data Sheet for the butter flavor product 85030 | | | | | | |
| B-41 | | MSDS for product 130700, dated 10.18.85 | | | | | | |
| B-42 | | MSDS for 160555 | | | | | | |
| B-43 | | MSDS for 160555 | | | | | | |
| B-44 | | MSDS for 160555 | | | | | | |
| B-45 | | Continuing Pure Food Guarantee from Flavor Concepts to Gilster Mary-Lee, dated 3.29.99 | | | | | | |
| B-46 | | MSDS for 150624 | | | | | | |
| B-47 | | MSDS for 150624 | | | | | | |
| B-48 | | MSDS for 150624 | | | | | | |
| B-49 | | MSDS for 150624 | | | | | | |
| B-50 | | MSDS for 158195 | | | | | | |
| B-51 | | MSDS for 158195 | | | | | | |
| B-52 | | Diacetyl MSDS Acknowledgment Form | | | | | | |
| B-53 | | MSDS for 158195 | | | | | | |

**CASE NO. 08-CV-00091-WYD-CBS**

**CASE CAPTION Watson, et al., Plaintiffs, v. Dillon Co., et al., Defendants**                              **DATE August 27, 2012**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B-54 | | Material safety data sheet for FONA Flavor Number 816.713 (issued 01.21.98; last updated 10.02.01) | | | | | |
| B-55 | | Material safety data sheet for FONA Flavor Number 816.713 (issued 01.21.98; last updated 05.26.04; printed 02.09.05) | | | | | |
| B-56 | | Material safety data sheet for FONA Flavor Number 816.713 (issued 01.21.98; last updated 05.26.04; printed 05.29.05) | | | | | |
| B-57 | | Material safety data sheet for FONA Flavor Number 816.713 (issued 02.01.07; printed 03.02.07) | | | | | |
| B-58 | | MSDS for Customer Product Number 85188 (01.31.03; created 08.25.02) | | | | | |
| B-59 | | MSDS for 85188 (dated 02.06.03, version III, creation date 01.31.03) | | | | | |
| B-60 | | MSDS for 85188 (N&A butter flavor 265425; version IV) | | | | | |
| B-61 | | Bush Boake Allen MSDS for product 85032 | | | | | |
| B-62 | | International Flavors & Fragrances Material Safety Data Sheet (for Natural & Artificial Butter Flavor No. 85032) (05.10.02) (version I) (customer product number 99018) | | | | | |
| B-63 | | 03.24.04 e-mail from Robert Brogus re: new warnings | | | | | |
| B-64 | | Sales summary of FONA 816.713 and others to Agrilink | | | | | |
| B-65 | | Photo of Int'l. Flavors & Fragrance Pail Containing Butter Flavoring | | | | | |
| B-66 | | FONA Product Label – Butter Flavor 816.713 | | | | | |

CASE NO. 08-CV-00091-WYD-CBS

CASE CAPTION Watson, et al., Plaintiffs, v. Dillon Co., et al., Defendants                    DATE August 27, 2012

| B-67 | | Expert Reports of Geoff Bacci (6.14.10 and 8.4.10) | | | | | | |
|------|--|-----------------------------------------------------|--|--|--|--|--|--|
| B-68 | | Expert Report of Gary Richetto (8.5.10) | | | | | | |
| B-69 | | Expert Report of Earle Nestmann (6.14.10) | | | | | | |
| B-70 | | Expert Reports of Lawrence Repsher, M.D. (6.14.10 and 7.28.10) | | | | | | |
| B-71 | | Expert Reports of Kenneth Kulig M.D. (6.11.10 and 7.26.10) | | | | | | |
| B-72 | | Expert Report of David Robinson (7.30.10) | | | | | | |
| B-73 | | Dep. Trans. of David Egilman, M.D., M.P.H., taken in Newkirk v. ConAgra Foods, Inc., Case No. 2:08-cv-00273-RMP (E.D. Wash.) | | | | | | |
| B-74 | | Talmadge King, Jr., Bronchiolitis, Chapter 35, Interstitial Lung Disease, 5th Ed. (2011) | | | | | | |
| B-75 | | Email correspondence with Dr. Kulig re: Innova 1312 monitor | | | | | | |
| B-76 | | Innova Model 1312 Photoacoustic Multi-gas Monitor Instruction Manual (May 1997) | | | | | | |
| B-77 | | Innova Model 1312 Photoacoustic Multi-gas Monitor Field Guide (June 1997) | | | | | | |
| B-78 | | Innova Model 1312 Photoacoustic Multi-gas Monitor Interface Manual (Oct. 1998) | | | | | | |
| B-79 | | Innova Model 1312 Photoacoustic Multi-gas Monitor Product Data Sheet (June 1997) | | | | | | |

CASE NO. 08-CV-00091-WYD-CBS

CASE CAPTION Watson, et al., Plaintiffs, v. Dillon Co., et al., Defendants                    DATE August 27, 2012

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| B-80 | | Innova Model 1312 Photoacoustic Multi-gas Monitor Product Data Sheet by California Analytical Instruments, Inc. (June 1997) | | | | | | |
| B-81 | | Memorandum Opinion and Order granting summary judgment to defendants on the issue of general causation in Newkirk v. ConAgra Foods, Inc., Case No. 2:08-cv-00273-RMP (E.D. Wash.) | | | | | | |
| B-82 | | Dep. Trans. of Dr. Cecile Rose, M.D., taken in Solis v. Flavor & Extract Manufacturers' Ass'n, Case No. 2006-012105, Circuit Court of Cook County, Illinois | | | | | | |
| B-83 | | Mark W. Rigler & William E. Longo, Emission of Diacetyl (2, 3 Butanedione) from Natural Butter, Microwave Popcorn Butter Flavor Powder, Paste, and Liquid Products, 16 Int'l J. Occupational Envtl. Health 291 (2010) | | | | | | |
| B-84 | | Alyson E. Raletz, Consumer Loses 'Popcorn Lung Case,' St. Louis Daily Record (8.02.10) | | | | | | |
| B-85 | | California Analytical Instrument service reports (Dec. 2005) | | | | | | |
| B-86 | | Sample measurement data and related references for Nat. Jewish and Plaintiffs' home | | | | | | |
| B-87 | | Graph of diacetyl measurements at Nat. Jewish Kitchen | | | | | | |
| B-88 | | Graph of diacetyl measurements in Plaintiffs' home | | | | | | |

CASE NO. 08-CV-00091-WYD-CBS

CASE CAPTION Watson, et al., Plaintiffs, v. Dillon Co., et al., Defendants                    DATE August 27, 2012

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B-89 | | Graph of diacetyl measurements in Plaintiffs' home compared to industrial plant measurements | | | | | |
| B-90 | | Graph of Plaintiff Watson's weight and lung capacity as a function of time | | | | | |
| B-91 | | Summary of Plaintiff Watson's visits at and diagnoses from Nat. Jewish | | | | | |
| B-92 | Robinson | Attachment 1 to Robinson 7/30/10 expert report, O-Net OnLine Detail Report for Clergy | | | | | |
| B-93 | Robinson | Attachment 1 to Robinson 7/30/10 expert report, O-Net OnLine Detail Report for Mental Health Counselors | | | | | |
| B-94 | Robinson | Attachment 3 to Robinson 7/30/10 expert report, Careeronestop Occupational Profile | | | | | |
| B-95 | Robinson | Attachment 4 to Robinson 7/30/10 expert report, Personnel Psychology, "Getting Ready for Your Next Job" | | | | | |
| B-96 | | 5/11/06 National Jewish Health Diagnostic Imaging Report, WWATSON001890-001892 | | | | | |
| B-97 | | 1/24/07 National Jewish Health Diagnostic Imaging Report, WWATSON001890-001892 | | | | | |
| B-98 | | 10/31/07 National Jewish Health Diagnostic Imaging Report, WWATSON001893-001894 | | | | | |
| B-99 | | 7/16/08 National Jewish Health Diagnostic Imaging Report, WWATSON001895-001896 | | | | | |
| C-1 | | 2/16/07 Email from Cecile Rose, MD to John Martyny, MD | | | | | |

CASE NO. 08-CV-00091-WYD-CBS

CASE CAPTION Watson, et al., Plaintiffs, v. Dillon Co., et al., Defendants                    DATE August 27, 2012

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| C-2 | | Excerpt from Wayne Watson deposition of 12/22/09, page 209, line 24 through page 210, line 7 | | | | | | |
| C-3 | Robinson | Article authored by David Robinson and identified in his report of 7/30/10, f.1 | | | | | | |
| C-4 | Robinson | Book chapter from "Returning to Work," authored by David Robinson and identified in his report of 7/30/10, f.2 | | | | | | |
| C-5 | Robinson | Article authored by David Robinson and identified in his report of 7/30/10, f.3 | | | | | | |
| C-6 | Robinson | Article authored by David Robinson and identified in his report of 7/30/10, f.4 | | | | | | |
| C-7 | Robinson | Article authored by David Robinson and identified in his report of 7/30/10, f.5 | | | | | | |
| C-8 | Robinson | Article from *Personnel Psychology*, Vol. 63, identified in Dr. Robinson's report of 7/30/10, f.6 | | | | | | |
| C-9 | Robinson | Article from *Work*, Vol. 16, identified in Dr. Robinson's report of 7/30/10, f.7 | | | | | | |
| C-10 | Robinson | Article from *Summary Measurement of Work Disability*, identified in Dr. Robinson's report of 7/30/10, f.8 | | | | | | |
| C-11 | Robinson | Article from *Annals of Internal Medicine*, Vol. 105, identified in Dr. Robinson's report of 7/30/10, f.9 | | | | | | |
| C-12 | Robinson | Article from *Journal of Occupational Rehabilitation,* Vol. 13, identified in Dr. Robinson's report of 7/30/10, f.10 | | | | | | |

**CASE NO. 08-CV-00091-WYD-CBS**

**CASE CAPTION Watson, et al., Plaintiffs, v. Dillon Co., et al., Defendants**                    **DATE August 27, 2012**

| C-13 | Robinson | Article from *Journal of Applied Psychology*, Vol. 88, identified in Dr. Robinson's report of 7/30/10, f.11 | | | | | | |
|------|----------|----|---|---|---|---|---|---|
| C-14 | Robinson | Article from *European Journal of Psychological Assessment*, Vol. 18, identified in Dr. Robinson's report of 7/30/10, f.12 | | | | | | |
| C-15 | Robinson | AERA Standards, identified in Dr. Robinson's report of 7/30/10, f.13 | | | | | | |
| C-16 | Robinson | "Conceptual Issues in the Measurement of Work Disability," identified in Dr. Robinson's report of 7/30/10, f.14 | | | | | | |
| C-17 | Robinson | "The Job Analysis Handbook" identified in Dr. Robinson's report of 7/30/10, f.15 | | | | | | |
| C-18 | Robinson | Article from *Annual Review of Psychology*, Vol. 30, identified in Dr. Robinson's report of 7/30/10, f.16 | | | | | | |
| C-19 | Robinson | Pages 37-47 of "The Job Analysis Handbook for Business, Industry and Government," identified in Dr. Robinson's report of 7/30/10, f.17 | | | | | | |
| C-20 | Robinson | 29 CFR Part 1630, identified in Dr. Robinson's report of 7/30/10, f.18 | | | | | | |
| C-21 | Robinson | CFR 41-60, identified in Dr. Robinson's report of 7/30/10, f.19 | | | | | | |
| C-22 | Robinson | *Griggs v. Duke Power,* 401 U.S. 24, identified in Dr. Robinson's report of 7/30/10, f.20 | | | | | | |
| C-23 | Robinson | SSA Publication No. 64-042, identified in Dr. Robinson's report of 7/30/10, f.21 | | | | | | |

CASE NO. 08-CV-00091-WYD-CBS

CASE CAPTION Watson, et al., Plaintiffs, v. Dillon Co., et al., Defendants                    DATE August 27, 2012

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| C-24 | Robinson | Article from *Journal of Occupational Rehabilitation*, Vol. 10, identified in Dr. Robinson's report of 7/30/10, f.22 | | | | | | |
| C-25 | Robinson | Study from University of Michigan, identified in Dr. Robinson's report of 7/30/10, f.23 | | | | | | |
| C-26 | Robinson | Worker Case Study from University of Michigan, identified in Dr. Robinson's report of 7/30/10, f.24 | | | | | | |
| C-27 | Robinson | Article from *Journal of Applied Psychology*, Vol. 85, identified in Dr. Robinson's report of 7/30/10, f.25 | | | | | | |
| C-28 | Robinson | Article from *Journal of Occupational Rehabilitation*, Vol. 10, identified in Dr. Robinson's report of 7/30/10, f.26 | | | | | | |
| C-29 | Robinson | Article from *Journal of Occupational Rehabilitation*, Vol. 13, identified in Dr. Robinson's report of 7/30/10, f.27 | | | | | | |
| C-30 | Robinson | Article from *Personnel Psychology*, Vol. 54, identified in Dr. Robinson's report of 7/30/10, f.28 | | | | | | |
| C-31 | Kulig | NIOSH binder, Exhibit 7 to deposition of Kenneth Kulig, M.D., 2/22/12 | | | | | | |
| C-32 | Kulig | Annotated Chapter 35, Exhibit 9 to deposition of Kenneth Kulig, M.D., 2/22/12 | | | | | | |
| C-33 | Kulig | Dr. Kulig's reference notebook, Exhibit 10 to deposition of Kenneth Kulig, M.D., 2/22/12 | | | | | | |
| C-34 | Kulig | E-mail string between Gloria Youell and Ken Kulig, Exhibit 12 to deposition of Kenneth Kulig, M.D., 2/22/12 | | | | | | |

**CASE NO. 08-CV-00091-WYD-CBS**

**CASE CAPTION Watson, et al., Plaintiffs, v. Dillon Co., et al., Defendants**                    **DATE August 27, 2012**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| C-35 | Kulig | INNOVA manuals, Exhibit 14 to deposition of Kenneth Kulig, M.D., 2/22/12 | | | | | | |
| C-36 | Kulig | Field Guild for 1312 Photoacoustic Multi-Gas Monitor, Exhibit 15 to deposition of Kenneth Kulig, M.D., 2/22/12 | | | | | | |
| C-37 | Kulig | 1312 Photoacoustic Multi-Gas Monitor Interface Manual, Exhibit 16 to deposition of Kenneth Kulig, M.D., 2/22/12 | | | | | | |
| C-38 | Kulig | Website documents, Exhibit 17 to deposition of Kenneth Kulig, M.D., 2/22/12 | | | | | | |
| C-39 | Kulig | Website documents, Exhibit 18 to deposition of Kenneth Kulig, M.D., 2/22/12 | | | | | | |
| C-40 | Repsher | State of the Art, "Diseases of the Small Airways," Exhibit 23 to deposition of Lawrence Repsher, 12/7/11 | | | | | | |
| C-41 | Repsher | "Pathologic Manifestations of Bronchiolitis, Constrictive Bronchiolitis, Cryptogenic Organizing Pneumonia and Siffuer Panbronchiolitis, " Exhibit 4 to deposition of Lawrence Repsher, 12/7/11 | | | | | | |
| C-42 | Repsher | Handwritten notes, Exhibit 7 to deposition of Lawrence Repsher, 12/7/11 | | | | | | |
| C-43 | Repsher | Copies of various articles, Exhibit 8 to deposition of Lawrence Repsher, 12/7/11 | | | | | | |

**CASE NO. 08-CV-00091-WYD-CBS**

**CASE CAPTION Watson, et al., Plaintiffs, v. Dillon Co., et al., Defendants**                    **DATE August 27, 2012**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| C-44 | Repsher | Diacetyl report with attached notes dated 5/2/08, Exhibit 9 to deposition of Lawrence Repsher, 12/7/11 | | | | | | |
| C-45 | Repsher | Exempla Healthcare Lutheran Medical Center Test Results, 5/20/10, Exhibit 11 to deposition of Lawrence Repsher, 12/7/11 | | | | | | |
| C-46 | Repsher | Repsher file, Exhibit 13 to deposition of Lawrence Repsher, 12/7/11 | | | | | | |
| C-47 | | Handwritten notes titled "Butter Popcorn Study" dated 2/21/07, Exhibit 25 to deposition of Wayne Watson, Volume II./ | | | | | | |
| C-48 | | Chart of First Choice Butter MW Popcorn Life Cycle | | | | | | |
| C-49 | | Chart of First Choice Movie Theater Butter MW Popcorn Life Cycle | | | | | | |
| C-50 | | Chart of Kroger Butter MW Popcorn Life Cycle | | | | | | |
| C-51 | | Chart of Extra Kroger Butter MW Popcorn Life Cycle | | | | | | |
| C-52 | | Agrilink Formulas for MW Products | | | | | | |
| C-53 | | Agrilink Product Specifications | | | | | | |
| | | Any and all discovery answers or responses from Plaintiffs | | | | | | |
| | | Any and all documents relied upon or prepared by non-retained expert John Martyny, PhD, CIH | | | | | | |
| | | Any and all documents relied upon or prepared by fact witness Ronald Balkissoon, MD | | | | | | |
| | | Any and all documents relied upon or prepared by non-retained expert Cecile Rose, MD | | | | | | |

Defendants reserve the right to supplement and/or amend their Trial Exhibit List, including demonstrative exhibits, prior to the time of trial. Defendants further reserve the right to offer into evidence any relevant and admissible exhibits designated on Plaintiffs' Trial Exhibit List, however, Defendants do not waive any objections they may have as to any exhibit designated by the Plaintiffs. Defendants further reserve the right to offer additional exhibits for purposes of rebuttal.