**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   September 4, 2012 |
| E.C.R./Reporter:    Tammy Hoffschildt | |

Civil Action No: **08-cv-00091-WYD-CBS**            Counsel:

**WAYNE WATSON** and                              Kenneth B. McClain
**MARY WATSON**,                                  Steven E. Crick
                                                  Andrew K. Smith
            Plaintiffs,                           Scott A. Britton-Mehlisch
                                                  Scott B. Hall
v.

**DILLON COMPANIES, INC., et al.**,               Brett M. Godfrey
                                                  Paul J. Rupprecht
            Defendants.                           Jason D. Melichar


**COURTROOM MINUTES**


**TRIAL TO JURY (DAY 1)**

**9:18 a.m.**       Court in Session - Jury not present

                    APPEARANCES OF COUNSEL.

                    Court's opening remarks.

9:19 a.m.           Discussion regarding issues related to exhibits.

**ORDERED:**        Defendants' Motion to Strike Exhibit List (ECF Doc. No. 770), filed August 29,
                    2012, is **GRANTED IN PART and DENIED AS MOOT IN PART as reflected on
                    the record.**

**ORDERED:**        Plaintiffs' Second Amended Exhibit List will be allowed for purposes of trial.

| | |
|---|---|
| **ORDERED:** | Plaintiffs' Motion to Dismiss Defendant Birds Eye Foods (ECF Doc. No. 778), filed September 3, 2012, is **GRANTED.** |
| 9:23 a.m. | Court's remarks regarding issues related to expert witnesses. |
| 9:28 a.m. | Argument by Plaintiffs (Mr. McClain). |
| 9:36 a.m. | Argument by Defendants (Mr. Godfrey). |
| 9:59 a.m. | Argument by Plaintiffs (Mr. McClain). |
| 10:09 a.m. | Discussion regarding claims, settlements, and procedure for voir dire and opening statements. |
| **ORDERED:** | Each side will be allowed to conduct supplemental voir dire up to **twenty (20) minutes.** |
| **ORDERED:** | Opening statements shall not exceed **forty-five (45) minutes per side.** |
| 10:15 a.m. | Discussion regarding remaining issues and joint statement of the case jury instruction. |
| **10:19 a.m.** | Court in Recess |
| **10:41 a.m.** | Court in Session - Jury present |
| | Court's opening remarks to prospective jurors. |
| 10:42 a.m. | Voir dire oath given. |
| 10:52 a.m. | Voir dire by Court commences. |
| **12:32 p.m.** | Court in Recess |
| **2:06 p.m.** | Court in Session - Jury present |
| 2:07 p.m. | Voir dire by Court continues. |
| 2:57 p.m. | Bench conference regarding request by Mr. Godfrey to conduct voir dire as to juror 100229704 outside the presence of the other jurors. |
| 2:58 p.m. | Bench conference for further voir dire of juror 100229704. |
| 3:05 p.m. | Bench conference for further voir dire of juror 100220907. |

| | |
|---|---|
| 3:08 p.m. | Voir dire by Court continues. |
| 3:22 p.m. | Voir dire by Plaintiffs (Mr. McClain). |
| 3:43 p.m. | Voir dire by Defendants (Mr. Godfrey). |
| 4:00 p.m. | Bench conference regarding issue as to juror 100230382. |
| 4:02 p.m. | Bench conference for further voir dire of juror 100208986. |
| 4:06 p.m. | Voir dire by Court continues. |
| 4:11 p.m. | Voir dire by Plaintiffs (Mr. McClain). |
| 4:12 p.m. | Plaintiffs' oral challenge for cause as to juror 100208986 (Mr. McClain). |
| **ORDERED:** | Plaintiffs' oral challenge for cause as to juror 100208986 is **GRANTED.** |
| **4:14 p.m.** | Court in Recess |
| **4:32 p.m.** | Court in Session - Jury present |
| 4:32 p.m. | Bench conference regarding expert witness in the courtroom during voir dire. |
| 4:34 p.m. | Voir dire by Court continues. |
| 4:57 p.m. | Bench conference for further voir dire of juror 100238393. |
| 4:59 p.m. | Voir dire by Court continues. |
| 5:04 p.m. | Plaintiffs' oral challenge for cause as to juror 100232478 (Mr. McClain). |
| **ORDERED:** | Plaintiffs' oral challenge for cause as to juror 100232478 is **DENIED.** |

Challenges for Cause:

1) 100237362
2) 100210687
3) 100230382
4) 100208986
5) 100209044
6) 100224161

Peremptory challenges by Plaintiff:

1) 100220907
2) 100232478
3) 100230992

Peremptory challenges by Defendant:

1) 100232774
2) 100229704
3) 100238393

5:12 p.m.   Jury sworn to try:

1) 100214885   2) 100201528
3) 100224830   4) 100210239
5) 100214025   6) 100206027
7) 100201861   8) 100231993
9) 100240213   10) 100216570

5:13 p.m.   Court reads preliminary jury instructions.

5:24 p.m.   Jury excused for the evening.

Discussion and argument regarding Plaintiffs' objections to areas to be covered in Defendants' opening statements.

**5:36 p.m.**   Court in Recess

**5:46 p.m.**   Court in Session - Jury not present

Discussion regarding issues related to Plaintiffs' witness David Egilman.

**ORDERED:**   Plaintiffs' witness David Egilman shall be present on **Wednesday, September 5, 2012, at 8:30 a.m.**

**5:55 p.m.**   Court in Recess - TRIAL CONTINUED.

**TOTAL TIME:   6:13**