**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Robert R. Keech | Date: | September 11, 2012 |
| E.C.R./Reporter: | Tammy Hoffschildt | | |

Civil Action No: **08-cv-00091-WYD-CBS**          Counsel:

**WAYNE WATSON** and                                              Kenneth B. McClain
**MARY WATSON**,                                                       Steven E. Crick
                                                                                       Andrew K. Smith
            Plaintiffs,                                                       Scott A. Britton-Mehlisch
                                                                                       Scott B. Hall
v.

**DILLON COMPANIES, INC., et al.**,                       Brett M. Godfrey
                                                                                       Paul J. Rupprecht
            Defendants.                                                    Jason D. Melichar

**COURTROOM MINUTES**

**TRIAL TO JURY (DAY 6)**

**8:42 a.m.**      Court in Session - Jury not present

**ORDERED:**   Defendants' Motion in Limine Requesting Judicial Notice (ECF Doc. No. 783),
                        filed September 7, 2012, is **DEFERRED.**

8:45 a.m.        Jury enters

8:45 a.m.        Plaintiffs' witness **Thomas B. Welge** continues by video deposition.
                        *EX ID:*          *48, 49, 51*

**Exhibit(s) 48, 49, 51 RECEIVED.**

| | |
|---|---|
| 9:18 a.m. | Plaintiffs' witness **Eric Asselmeier** by video deposition.<br>*EX ID:      23, 2* |

**Exhibit(s) 23, 2 RECEIVED.**

| | |
|---|---|
| 9:58 a.m. | Plaintiffs' witness **Kathy Jordan** by video deposition. |
| **10:04 a.m.** | Court in Recess |
| **10:22 a.m.** | Court in Session - Jury enters |
| 10:24 a.m. | Plaintiffs' witness **Don Welge** by video deposition.<br>*EX ID:      29, 30, 31, 32* |

**Exhibit(s) 29, 30, 31, 32 RECEIVED.**

| | |
|---|---|
| 11:07 a.m. | Plaintiffs' witness **Phil Pugh** by video deposition. |

**Exhibit(s) 73, 77, 78, 79, 85, 86 RECEIVED.**

| | |
|---|---|
| **11:51 a.m.** | Court in Recess |
| **12:15 p.m.** | Court in Session - Jury enters |
| 12:16 p.m. | Plaintiffs' witness **Mary Watson** sworn.<br><br>Direct examination by Plaintiffs (Mr. McClain). |
| 12:46 p.m. | Cross examination by Defendants (Mr. Godfrey). |
| 1:12 p.m. | Discussion regarding schedule for tomorrow. |
| 1:15 p.m. | Jury excused until **Wednesday, September 12, 2012, at 9:00 a.m.**<br><br>Discussion regarding schedule and delaying rule 50 motions until all the evidence has been presented. |
| **1:24 p.m.** | Court in Recess - TRIAL CONTINUED. |

**TOTAL TIME:   4:00**