**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   September 12, 2012 |
| E.C.R./Reporter:   Tammy Hoffschildt | |

| | |
|---|---|
| Civil Action No: **08-cv-00091-WYD-CBS** | Counsel: |
| **WAYNE WATSON** and | Kenneth B. McClain |
| **MARY WATSON**, | Steven E. Crick |
| | Andrew K. Smith |
| Plaintiffs, | Scott A. Britton-Mehlisch |
| | Scott B. Hall |
| v. | |
| **DILLON COMPANIES, INC., et al.**, | Brett M. Godfrey |
| | Paul J. Rupprecht |
| Defendants. | Jason D. Melichar |

**COURTROOM MINUTES**

**TRIAL TO JURY (DAY 7)**

**9:27 a.m.**   Court in Session - Jury not present

Court's remarks regarding Practice Standards and the filing of motions in limine and trial briefs.

Plaintiffs' Motion in Limine to Exclude All Evidence of and References to NIOSH Method 2557 (ECF Doc. No. 792), filed September 12, 2012, is raised for argument.

9:29 a.m.   Argument by Plaintiffs (Mr. McClain).

9:35 a.m.   Argument by Defendants (Mr. Godfrey).

**ORDERED:**   Plaintiffs' Motion in Limine to Exclude All Evidence of and References to NIOSH Method 2557 (ECF Doc. No. 792), filed September 12, 2012, is **STRICKEN.**

| | |
|---|---|
| **ORDERED:** | Plaintiffs may file objections to evidence of and references to NIOSH Method 2557 not later than **the close of business on Wednesday, September 12, 2012.** |
| 9:43 a.m. | Jury enters |
| 9:43 a.m. | Plaintiffs' witness **John Wayne Watson** sworn.<br><br>Direct examination by Plaintiffs (Mr. McClain).<br>*EX ID:        229* |
| 10:43 a.m. | Cross examination by Defendants (Mr. Godfrey). |
| 11:05 a.m. | Jury excused<br><br>Discussion regarding issues related to Plaintiffs' Fourth Amended Complaint. |
| **ORDERED:** | Defendants' Motion in Limine Requesting Judicial Notice (ECF Doc. No. 783), filed September 7, 2012, is **DENIED.** |
| **11:17 a.m.** | Court in Recess |
| **11:42 a.m.** | Court in Session - Jury enters |
| 11:44 a.m. | Plaintiffs' witness **John Wayne Watson** resumes.<br><br>Cross examination by Defendants continues (Mr. Godfrey).<br>*EX ID:        A-2, A-10* |

**Exhibit(s) A-2, A-3, A-4, A-6, A-7, A-0, A-12, A-13, A-14, A-15 RECEIVED.**

| | |
|---|---|
| **12:06 p.m.** | Court in Recess |
| **1:41 p.m.** | Court in Session - Jury enters |
| 1:43 p.m. | Plaintiffs' witness **John Wayne Watson** resumes.<br><br>Cross examination by Defendants continues (Mr. Godfrey).<br>*EX ID:        A-10, A-4, A-5* |
| 3:00 p.m. | Jury excused<br><br>Court's remarks to counsel regarding needs for a break on the part of Mr. Watson and scheduling issues. |

| | |
|---|---|
| **3:05 p.m.** | Court in Recess |
| **3:27 p.m.** | Court in Session - Jury enters |
| 3:31 p.m. | Plaintiffs' witness **Jonathan James Watson** sworn. |
| | Direct examination by Plaintiffs (Mr. McClain). |
| 3:59 p.m. | Cross examination by Defendants (Mr. Godfrey). |
| 4:00 p.m. | Plaintiffs' witness **John Wayne Watson** resumes. |
| | Cross examination by Defendants continues (Mr. Godfrey). *EX ID:   A-3, A-6* |
| 4:19 p.m. | Bench conference regarding taking Defendants witnesses out of order to give Mr. Watson a break. |
| 4:23 p.m. | Defendants' witness **Ken Kulig** sworn. |
| | Direct examination by Defendants (Mr. Godfrey). |
| 4:38 p.m. | Voir dire by Plaintiffs (Mr. McClain). |
| 4:43 p.m. | Jury excused for the evening. |
| 4:44 p.m. | Discussion regarding issue related to the expert witness designation as to Ken Kulig. |
| **ORDERED:** | Plaintiffs' Bench Brief Regarding Kenneth Kulig, M.D.'s Causation Opinions (ECF Doc. No. 798), filed September 12, 2012, is **STRICKEN.** |
| **4:58 p.m.** | Court in Recess - TRIAL CONTINUED. |

**TOTAL TIME:   5:09**