**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Robert R. Keech | Date: | September 17, 2012 |
| E.C.R./Reporter: | Tammy Hoffschildt | | |

| | |
|---|---|
| Civil Action No: **08-cv-00091-WYD-CBS** | Counsel: |
| **WAYNE WATSON** and | Kenneth B. McClain |
| **MARY WATSON**, | Steven E. Crick |
| | Andrew K. Smith |
| Plaintiffs, | Scott A. Britton-Mehlisch |
| | Scott B. Hall |
| v. | |
| **DILLON COMPANIES, INC., et al.**, | Brett M. Godfrey |
| | Paul J. Rupprecht |
| Defendants. | Jason D. Melichar |

**COURTROOM MINUTES**

**TRIAL TO JURY (DAY 10)**

**9:18 a.m.**     Court in Session - Jury not present

Court's remarks regarding Plaintiffs' Motion for Directed Verdict with Regard to Defendants' Affirmative Defense that Non-parties or Plaintiff Wayne Watson are Also at Fault (ECF Doc. No. 802), filed September 17, 2012.

**JURY INSTRUCTION CONFERENCE**

| | |
|---|---|
| #1 | OBJECTION BY PLAINTIFFS - OVERRULED. |
| #6 | OBJECTION BY PLAINTIFFS - COURT WILL MODIFY. |
| #16 | OBJECTION BY PLAINTIFFS - COURT WILL MODIFY. |
| #17 | OBJECTION BY DEFENDANTS - COURT WILL REMOVE. |
| #18 | OBJECTION BY PLAINTIFFS - COURT WILL REMOVE. |
| #21 | OBJECTION BY DEFENDANTS - COURT WILL MODIFY. |
| #25 | OBJECTION BY PLAINTIFFS - OVERRULED. |

      Plaintiffs' Motion for Directed Verdict with Regard to Defendants' Affirmative Defense that Non-parties or Plaintiff Wayne Watson are Also at Fault (ECF Doc. No. 802), filed September 17, 2012, is raised for argument.

| | |
|---|---|
| 9:43 a.m. | Argument by Plaintiffs (Mr. Hall). |
| 9:44 a.m. | Argument by Defendants (Mr. Godfrey). |
| 9:46 a.m. | Argument by Plaintiffs (Mr. Hall). |
| 9:50 a.m. | Argument by Defendants (Mr. Godfrey). |
| 9:51 a.m. | Argument by Plaintiffs (Mr. Hall). |
| 9:54 a.m. | Argument by Defendants (Mr. Godfrey). |
| 10:05 a.m. | Argument by Plaintiffs (Mr. Hall). |
| 10:09 a.m. | Argument by Plaintiffs (Mr. McClain). |
| 10:10 a.m. | Argument by Defendants (Mr. Godfrey). |
| 10:11 a.m. | Argument by Plaintiffs (Mr. Hall). |
| 10:18 a.m. | Argument by Defendants (Mr. Godfrey). |

**ORDERED:** Plaintiffs' Motion for Directed Verdict with Regard to Defendants' Affirmative Defense that Non-parties or Plaintiff Wayne Watson are Also at Fault (ECF Doc. No. 802), filed September 17, 2012, is **DENIED.**

Defendants' oral motion for judgment as a matter of law.

| | |
|---|---|
| 10:22 a.m. | Argument by Defendants (Mr. Godfrey). |
| 10:27 a.m. | Argument by Plaintiffs (Mr. Hall). |

**ORDERED:** Defendants' oral motion for judgment as a matter of law is **DENIED.**

| | |
|---|---|
| #26 | OBJECTION BY PLAINTIFFS - OVERRULED. |
| #27 | OBJECTION BY PLAINTIFFS - OVERRULED. |
| #31 | OBJECTION BY PLAINTIFFS - OVERRULED. |
| #32 | OBJECTION BY PLAINTIFFS - OVERRULED. |
| #33 | OBJECTION BY PLAINTIFFS - OVERRULED. |
| #34 | OBJECTION BY PLAINTIFFS - OVERRULED. |

| | |
|---|---|
| #38 | OBJECTION BY PLAINTIFFS - OVERRULED. |
| #39 | OBJECTION BY PLAINTIFFS - OVERRULED. |
| #41 | OBJECTION BY PLAINTIFFS - OVERRULED. |
| #44 | OBJECTION BY PLAINTIFFS - OVERRULED. |
| #45 | OBJECTION BY PLAINTIFFS - OVERRULED. |
| #46 | OBJECTION BY PLAINTIFFS - OVERRULED. |
| #47 | OBJECTION BY PLAINTIFFS - OVERRULED. |
| #48 | OBJECTION BY PLAINTIFFS - COURT WILL MODIFY. |
| #49 | OBJECTION BY PLAINTIFFS - COURT WILL REMOVE. |
| #51 | OBJECTION BY PLAINTIFFS - COURT WILL MODIFY. |
| #52 | OBJECTION BY PLAINTIFFS - COURT WILL MODIFY. |
| #53 | OBJECTION BY PLAINTIFFS - OVERRULED. |
| #54 | OBJECTION BY PLAINTIFFS - OVERRULED. |
| #55 | OBJECTION BY PLAINTIFFS - OVERRULED. |
| #62 | OBJECTION BY PLAINTIFFS - COURT WILL MODIFY. |
| #63 | OBJECTION BY PLAINTIFFS - OVERRULED. |
| Verdict Form | OBJECTION BY PLAINTIFFS - DEFERRED. |

**11:13 a.m.**  Court in Recess

**12:01 p.m.**  Court in Session - Jury not present

Further discussion regarding jury instructions and verdict form.

12:17 p.m.  Jury enters

12:18 p.m.  Plaintiffs have not rebuttal case-in-chief.

Court reads jury instructions and verdict form.

1:23 p.m.  No objection to jury instructions and verdict form as read by the Court.

1:25 p.m.  Jury excused for lunch.

Discussion regarding issues related jury instruction 51 and verdict form.

**1:37 p.m.**  Court in Recess

**2:53 p.m.**  Court in Session - Jury not present

Discussion regarding verdict form and time limits for closing arguments.

**ORDERED:**  Closing arguments shall not exceed **one (1) hour per side.**

| | |
|---|---|
| 3:11 p.m. | Jury enters |
| 3:12 p.m. | Closing argument by Plaintiffs (Mr. McClain). |
| 4:05 p.m. | Closing argument by Defendants (Mr. Godfrey). |
| 5:01 p.m. | Rebuttal argument by Plaintiffs (Mr. McClain). |
| | Court outlines verdict form. |
| 5:13 p.m. | Jury excused for the evening and shall report back on Tuesday, September 18, 2012, at 9:00 a.m. |
| | Court's remarks to counsel regarding exhibits and providing contact phone numbers. |
| **5:14 p.m.** | Court in Recess - TRIAL CONTINUED. |

**TOTAL TIME:   5:52**