IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   08-cv-00091-WYD-CBS

WAYNE WATSON and
MARY WATSON,

      Plaintiffs,

v.

DILLON COMPANIES, INC., d/b/a/
KING SOOPERS, also d/b/a
INTER-AMERICAN PRODUCTS, INC., et al.,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Plaintiffs' Motion to Alter or Amend the Court's September 26, 2012 Judgment for Purposes of Increasing the Punitive Damages Ratio Under C.R.S. § 13-12-102 or, in the Alternative, Trebling Damages Under C.R.S. § 6-1-113 (ECF No. 817) and the related Memorandum are **STRICKEN** from the record for failure to comply with my Practice Standards.   *See* Chief Judge Wiley Y. Daniel's Practice Standards at II.E.

      Dated: October 19, 2012