IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   08-cv-00091-WYD-CBS

WAYNE WATSON and
MARY WATSON,

    Plaintiffs,

v.

DILLON COMPANIES, INC., d/b/a/ KING SOOPERS, also d/b/a INTER-AMERICAN PRODUCTS, INC., et al.,

    Defendants.

## ORDER

This matter comes before the Court upon the Defendants' Unopposed Motion for Clarification of Minute Entry Dated August 9, 2013.  (ECF No. 894).  The Court, having been fully advised, finds good cause for granting the requested relief.  Accordingly, it is

ORDERED that the Defendants' Motion for Clarification of Minute Entry Dated August 9, 2013 (ECF No. 894) is **GRANTED** as follows:

It is ORDERED that (1) an amended final judgment and order(s) are forthcoming and will reset the automatic 14 day stay of the execution of final judgment after entry pursuant to FED. R. CIV. P. 62(a) and the time for filing the notice of appeal with the district clerk within 30 days after entry of the amended final judgment or order appealed from pursuant to FED. R. APP. P. 4(a)(1)(A); and (2) the previously granted extension of the stay of execution, or any proceeding to enforce it, continues to extend the time to appeal with respect to the determination of attorneys' fees and costs.

Dated: August 20, 2013

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE