IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   08-cv-00091-WYD-CBS

WAYNE WATSON and
MARY WATSON,

     Plaintiffs,

v.

DILLON COMPANIES, INC., d/b/a/ KING SOOPERS, also d/b/a INTER-AMERICAN PRODUCTS, INC., et al.,

     Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     Defendants' Unopposed Motion for Clarification of Deadlines for Posting Supersedeas Bond and Filing Notice of Appeal (ECF No. 901) is **GRANTED.**   I agree with the parties' position that pending cost and interest disputes remain for my determination before the judgment is final.   Thus, the stay of execution remains in place and the time for appeal had not yet commenced.

     Accordingly, I clarify that the Court's Order dated August 20, 2013 (ECF No. 895), continues the previously granted extension of the stay of execution, or any proceeding to enforce it, under the Court's Order dated October 19, 2012 (ECF No. 821), in conjunction with the Amended Final Judgment (ECF No. 900), specifically for delaying the commencement of the time for serving the supersedeas bond and filing a notice of appeal pursuant to Fed. R. App. P. 4 until after the Court disposes of the Plaintiffs' Renewed Motion for Costs and rules upon the Plaintiffs' contested claim for pre-judgment interest. (*See* ECF No. 896).

     Dated:   September 13, 2013