IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  08-cv-00091-WYD-CBS

WAYNE WATSON and
MARY WATSON,

    Plaintiffs,

v.

DILLON COMPANIES, INC., d/b/a/ KING SOOPERS, also d/b/a INTER-AMERICAN PRODUCTS, INC., et al.,

    Defendants.

---

**ORDER FOR STIPULATION OF DISMISSAL WITH PREJUDICE
PLAINTIFFS WAYNE AND MARY WATSON'S CLAIMS AGAINST
DEFENDANTS DILLON COMPANIES, INC., D/B/A KING SOOPERS, ALSO D/B/A
INTER-AMERICAN PRODUCTS, INC.; INTER-AMERICAN PRODUCTS, INC.;
THE KROGER COMPANY, D/B/A KING SOOPERS, ALSO D/B/A DILLON
COMPANIES, INC., ALSO D/B/A INTER-AMERICAN PRODUCTS, INC.; AND
GILSTER-MARY LEE CORPORATION**

---

THIS MATTER having come before the Court on Plaintiffs, Wayne and Mary Watson, and Defendants, Dillon Companies, Inc., d/b/a King Soopers, also d/b/a Inter-American Products, Inc.; Inter-American Products, Inc.; The Kroger Company, d/b/a King Soopers, also d/b/a Dillon Companies, Inc., also d/b/a Inter-American Products, Inc.; and Gilster-Mary Lee Corporation, Stipulation of Dismissal with Prejudice of any and all claims of Plaintiffs, Wayne and Mary Watson, against Defendants, Dillon Companies, Inc., d/b/a King Soopers, also d/b/a Inter-American Products, Inc.; Inter-American Products, Inc.; The Kroger Company, d/b/a King Soopers, also d/b/a Dillon Companies, Inc., also d/b/a Inter-American Products, Inc.; and Gilster-Mary Lee

Corporation, and having reviewed the Stipulation and being fully advised in the premises, it is hereby

ORDERED that the Stipulation of Dismissal with Prejudice is adopted on Order of the Court.  This Order does not affect any claims that Plaintiffs, Wayne and Mary Watson may have against any other party other than Dillon Companies, Inc., d/b/a King Soopers, also d/b/a Inter-American Products, Inc.; Inter-American Products, Inc.; The Kroger Company, d/b/a King Soopers, also d/b/a Dillon Companies, Inc., also d/b/a Inter-American Products, Inc.; and Gilster-Mary Lee Corporation.  Only any and all claims against Dillon Companies, Inc., d/b/a King Soopers, also d/b/a Inter-American Products, Inc.; Inter-American Products, Inc.; The Kroger Company, d/b/a King Soopers, also d/b/a Dillon Companies, Inc., also d/b/a Inter-American Products, Inc.; and Gilster-Mary Lee Corporation are **DISMISSED WITH PREJUDICE** by this Order.  It is further

ORDERED that each party to pay his/her/its own attorneys' fees and costs and expenses incurred as a result of this litigation.

Dated:  March 4, 2014

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE